"

"

"

# GZJ KDKV'H

### EXEMPLARY INFRINGEMENT CHART FOR U.S. PATENT NO. 11,991,234[1]

The following claim chart shows exemplary aspects of certain streaming services and products owned or operated by DAZN US LLC ("DAZN"), using the DAZN website, available at www.dazn.com (last visited 5/11/2026) ("DAZN Site"), that infringe at least claim 12 of U.S. Patent No. 11,991,234 ("'234 Patent"). Upon information and belief, DAZN operates streaming services that infringe one or more claims of the '234 Patent (the "Accused Websites"), including at least the DAZN Site.

The chart is exemplary and should not be read to limit DISH's assertions against DAZN as to the services or products described below. The chart should not be read to limit DISH's assertions to the patent claims charted below. Nor should the chart below be read to limit how DAZN infringes the claims below.

The following evidence and descriptions, including tests conducted on the DAZN Site, shows that the Accused Websites meet each element of the aforementioned claim(s) of the '234 Patent in substantially the same manner described below.

To the extent that users are required to meet elements of these claims, DAZN induces its users to meet the claim limitation because DAZN provides users with instructions and guidance on how users can use Accused Websites to perform each element of the claims. *See, e.g.*, https://www.dazn.com/en-US/help/articles/16194723115933-how-to-watch-DAZN-on-iphone-ipad (last visited 5/11/2026); https://www.dazn.com/en-US/help/articles/16194744742813-how-to-watch-DAZN-on-android-phones-and-tablets (last visited 5/11/2026); https://www.dazn.com/en-US/help/articles/16271409386269-which-browsers-does-DAZN-support (last visited 5/11/2026); https://www.dazn.com/en-US/help/articles/16177408401821-DAZN-supported-devices-watch-DAZN-on-tv-mobile-computer-or-consoles (last visited 5/11/2026); https://www.dazn.com/en-US/help/articles/16921391054621-troubleshooting-streaming-issues-on-DAZN (last visited 5/11/2026).

---

[1] All citations to or cross-references to claim elements within a respective section refer to the claim elements of the '234 Patent addressed in that section unless otherwise indicated.

1

## I.    U.S. Patent No. 11,991,234

### A.    Claim 12

*12[pre]    A method executable by a client device to output rate-adaptive streams received via at least one transmission control protocol (TCP) connection with at least one server over a network, the method comprising:*

The DAZN Site provides information that permits a client device accessing the DAZN Site to output rate-adaptive streams received via fulfilled HTTP Get requests to one or more servers associated with DAZN connected to the client device via at least one TCP connection. Example client devices include Apple iPhones and Apple iPads equipped to access the internet via one or more network connections. The client devices include a media player configured to enable video streaming. Further, upon information and belief, employees and/or agents of DAZN tested and used the DAZN Site on devices in the U.S. during the relevant time period.

The images in this chart are from the DAZN Site through any computing device that includes a web browser, such as Microsoft Edge, Google Chrome, or iOS Safari. In addition, the media player executed based upon instructions given by the DAZN Site is available to run on content player devices supporting all the latest versions of major web browsers.

Tests were conducted on videos offered over the DAZN Site executed on an Apple iPhone. As part of the testing, an Apple iPhone accessing the DAZN Site was connected to the internet through the Charles Proxy application, which enabled the ability to proxy the device's network traffic, to view the device's network traffic, and to throttle the network's available bandwidth. Thus, the test simulated how the DAZN Site responded to lower and higher bandwidths. For the current test, a video titled "Paro vs. Hitchins: Full Fight" (as shown in the screenshot below) was selected, and at various times throughout the playback of the video, bandwidth was restricted to download speeds of 1024 kbps.



As observed through the tests, when the user selects a video from the available videos, the media player executed by the instructions provided by the web page of the DAZN Site displays more details regarding the video and provides the user with the option to view the video.

Selecting the icon corresponding to a video causes that video and other materials to be streamed and displayed on the client device.

With respect to adaptively receiving the digital stream from DAZN's video server over the network, the DAZN Site's adaptive bitrate streams are provided to the media player executed by the instructions provided by the web page of the DAZN Site from a server over a network using the HTTP Live Streaming ("HLS") adaptive bitrate streaming protocol. HLS is "a protocol for transferring unbounded streams of multimedia data." Request For Comments: 8216 – HTTP Live Streaming, August 2017 ("RFC 8216") at 1. Using HLS, "a client can receive a continuous stream of media from a server for concurrent presentation." RFC 8216 at 4. HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4. With HLS, "[c]lients should switch between different Variant Streams to adapt to network conditions." RFC 8216 at 5.

When executed, the DAZN Site operates a media player operating on a client device, which is configured to request DAZN's digital content from one or more servers via at least one TCP connection over the network.

DAZN's content is stored on one or more servers over a network and is displayed to client devices via a media player executed by the instructions provided by the web page of the DAZN Site. DAZN confirms that it provides videos to client devices through media players on its website, accessible at https://www.dazn.com/en-US/help/articles/16177408401821-DAZN-supported-devices-watch-DAZN-on-tv-mobile-computer-or-consoles (last visited 5/11/2026) ("Enjoy seamless sports streaming on any supported smart TV, phone, tablet, or game console that connects with internet."). Further, on information and belief, employees, affiliates, and/or agents of DAZN have tested and used the DAZN Site on devices in the U.S. during the relevant time period.

The one or more servers accessible by the client device accessing the embedded media player store streamlets corresponding to particular segments of a video, and each segment of a video is encoded at one of numerous resolutions. Together, the streamlets of one resolution are known as a "variant stream" or a "bandwidth version."

The Media Playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown by the Charles Proxy application file, partially reproduced below, the streamlet video files are hosted on a server accessible via **dcn-fs-vod-dazn-cdn.dazn.com**.

| [2]Method | Host | Path[3] | … | Status |
|---|---|---|---|---|
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sd m5c381s0l4xxd8iqbg/1/h 264/4400000/seg_hls_0.m 4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sd m5c381s0l4xxd8iqbg/1/h 264/4400000/seg_hls_1.m 4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sd m5c381s0l4xxd8iqbg/1/h | … | Complete |

---

[2] Any highlighting presented throughout this chart is intended to exemplify certain elements of DAZN's operation and is not intended to limit DISH's position with respect to how DAZN practices any element of the claims.
- ORANGE = one or more servers
- BLUE = media segment

[3] Video path abbreviated for readability throughout.

| GET | dcn-fs-vod-dazn-cdn.dazn.com | 264/4400000/seg_hls_2.m4v | | |
|---|---|---|---|---|
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_3.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_4.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_5.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_6.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_7.m4v | … | Complete |

The URI **dcn-fs-vod-dazn-cdn.dazn.com** is affiliated with the below IP addresses:

```
C:\Users\tcarter>nslookup dcn-fs-vod-dazn-cdn.dazn.com
Server:   UnKnown
Address:  2600:1700:e40:ccf0::1

Non-authoritative answer:
Name:    dazn.map.fastly.net
Addresses:  2a04:4e42:1b::663
            151.101.114.151
Aliases:  dcn-fs-vod-dazn-cdn.dazn.com
```

Windows Powershell nslookup for dcn-fs-vod-dazn-cdn.dazn.com (highlights added). A reverse IP geolocation lookup at https://www.geolocation.com/?ip=151.101.114.151#ipresult shows this IP address associated with one or more servers in Dallas, Texas.

Thus, the DAZN Site operates a client module configured to be connected to a network having at least one server and further configured to request digital content over the network via at least one transmission control protocol (TCP) connection.

5

The one or more servers, whose content is accessible by the client devices through a web page on the DAZN Site, store individually-requestable streamlets corresponding to particular segments of a video, and each streamlet is encoded at one of numerous resolutions. Thus, DAZN stores on one or more servers at least two different copies of the digital content, each encoded at different bit rates.

The numerous variant streams of the video displayed by the media player executed by the instructions provided by the web page of the DAZN Site include at least a low quality stream, a medium quality stream, and a high quality stream.

For example, in the instant test of a video titled "Paro vs. Hitchins: Full Fight," the client device made an HTTP GET request to **dai.google.com** for a master manifest located at the following path: **/ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2 be3a3-428c-4eab-b460-0c1929293f20/master.m3u8** (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

[4]#EXTM3U
#EXT-X-STREAM-INF:BANDWIDTH=280482,AVERAGE-BANDWIDTH=246759,RESOLUTION=192x108,FRAME-RATE=25,CODECS="avc1.42C01E,mp4a.40.2",AUDIO="audio_group_542ad363-b456-4872-a60b-787d498617ce",CLOSED-CAPTIONS=NONE
https://dai.google.com/ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/b26a8d0b034d10102de54935d6e484bb.m3u8
#EXT-X-STREAM-INF:BANDWIDTH=479032,AVERAGE-BANDWIDTH=420471,RESOLUTION=480x270,FRAME-RATE=25,CODECS="avc1.64001F,mp4a.40.2",AUDIO="audio_group_542ad363-b456-4872-a60b-787d498617ce",CLOSED-CAPTIONS=NONE
https://dai.google.com/ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/b139ac7fac97920b692f8c70f5ab8753.m3u8
#EXT-X-STREAM-INF:BANDWIDTH=724932,AVERAGE-BANDWIDTH=609056,RESOLUTION=640x360,FRAME-RATE=25,CODECS="avc1.64001F,mp4a.40.2",AUDIO="audio_group_542ad363-b456-4872-a60b-787d498617ce",CLOSED-CAPTIONS=NONE
https://dai.google.com/ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/281dd385dae3d96cede76042fd7753ab.m3u8

---

[4] Any highlighting presented throughout this chart is intended to exemplify certain elements of DAZN's operation and is not intended to limit DISH's position with respect to how DAZN practices any element of the claims.
- YELLOW = variant streams
- RED = bitrates of variant streams

#EXT-X-STREAM-INF:BANDWIDTH=1202853,AVERAGE-BANDWIDTH=962337,RESOLUTION=960x540,FRAME-RATE=25,CODECS="avc1.64001F,mp4a.40.2",AUDIO="audio_group_542ad363-b456-4872-a60b-787d498617ce",CLOSED-CAPTIONS=NONE
https://dai.google.com/ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/36ab5517f05afcaef855376bf5144fcc.m3u8
#EXT-X-STREAM-INF:BANDWIDTH=1992507,AVERAGE-BANDWIDTH=1611632,RESOLUTION=960x540,FRAME-RATE=25,CODECS="avc1.64001F,mp4a.40.2",AUDIO="audio_group_542ad363-b456-4872-a60b-787d498617ce",CLOSED-CAPTIONS=NONE
https://dai.google.com/ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/15115289387e1e34ef7ee8f62528587a.m3u8
#EXT-X-STREAM-INF:BANDWIDTH=2990182,AVERAGE-BANDWIDTH=2395640,RESOLUTION=1280x720,FRAME-RATE=25,CODECS="avc1.64001F,mp4a.40.2",AUDIO="audio_group_542ad363-b456-4872-a60b-787d498617ce",CLOSED-CAPTIONS=NONE
https://dai.google.com/ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/c690b69d3df3ebb79f2e54ebb5d72d10.m3u8
#EXT-X-STREAM-INF:BANDWIDTH=3913745,AVERAGE-BANDWIDTH=3103641,RESOLUTION=1280x720,FRAME-RATE=25,CODECS="avc1.64001F,mp4a.40.2",AUDIO="audio_group_542ad363-b456-4872-a60b-787d498617ce",CLOSED-CAPTIONS=NONE
https://dai.google.com/ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/48558c8f8369b38f6dd50696a1ba45e7.m3u8
#EXT-X-STREAM-INF:BANDWIDTH=5678503,AVERAGE-BANDWIDTH=4506507,RESOLUTION=1280x720,FRAME-RATE=50,CODECS="avc1.640020,mp4a.40.2",AUDIO="audio_group_542ad363-b456-4872-a60b-787d498617ce",CLOSED-CAPTIONS=NONE
https://dai.google.com/ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/970c65c8e1dd28dd526e26f961662025.m3u8
#EXT-X-MEDIA:TYPE=AUDIO,URI="https://dai.google.com/ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/7837cc908156191f9907af444be1df55.m3u8",GROUP-ID="audio_group_542ad363-b456-4872-a60b-787d498617ce",LANGUAGE="en-GB",NAME="audio-info",DEFAULT=YES,AUTOSELECT=YES

File path: **master.m3u8**

The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 280482 (referred to herein as the "280482 Bandwidth") having a resolution of 192x108

- 479032 (referred to herein as the "479032 Bandwidth") having a resolution of 480x270

- 5678503 (referred to herein as the "5678503 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by a unique stream file path. For example:

| Bandwidth | Path |
| --- | --- |
| 280482 Bandwidth | /ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/b26a8d0b034d10102de54935d6e484bb.m3u8 |
| 479032 Bandwidth | /ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/b139ac7fac97920b692f8c70f5ab8753.m3u8 |
| 5678503 Bandwidth | /ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/970c65c8e1dd28dd526e26f961662025.m3u8 |

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. For example, the **280482 Bandwidth** version can be considered a low-quality stream, the **479032 Bandwidth** version can be considered a medium-quality stream, and the **5678503 Bandwidth** version can be considered a high-quality stream.

A client device accessing the DAZN Site through a web browser uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the file above from the one or more servers hosting DAZN content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

8

As shown in the test data, the client device accessing the DAZN Site selects the **5678503 Bandwidth** version of the stream and makes a request for the corresponding playlist pursuant to the instructions received from the DAZN Site. The DAZN Server(s) returns the playlist file with the contents below.

```
#EXTM3U
#EXT-X-VERSION:7
#EXT-X-TARGETDURATION:2
#EXT-X-MEDIA-SEQUENCE:1
#EXT-X-PLAYLIST-TYPE:VOD
#EXT-X-KEY:METHOD=SAMPLE-
AES,URI="skd://?contentId=1h0jz0sdm5c381s0l4xxd8iqbg&keyId=ee8fa73a-ff1b-5f08-8972-
e46006de74d7",IV=0x0732F34EF0BBAD19533F4A26E8C125F8,KEYFORMAT="com.apple.s
treamingkeydelivery"
#EXT-X-MAP:URI="https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/init_hls.m4v"
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_0.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_1.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_2.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_3.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_4.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_5.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_6.m4v
#EXTINF:1.92,
```

---

[5] Any highlighting presented throughout this chart is intended to exemplify certain elements of DAZN's operation and is not intended to limit DISH's position with respect to how DAZN practices any element of the claims.

- YELLOW = variant streams
- BLUE = media segment

https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_7.m4v

[***]

The variant playlist file is an HLS playlist. Each line in the file path "/ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be 3a3-428c-4eab-b460-0c1929293f20/media/970c65c8e1dd28dd526e26f961662025.m3u8" that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. Most of the streamlets, with a few exceptions, are 1.92 seconds long and return sequential segments of the video.

Similarly shown in the test data, when the client device accessing the DAZN Site selects the **280482 Bandwidth** version of the stream, it makes a request for the corresponding playlist. The DAZN Server(s) returns the playlist file for the **280482 Bandwidth** with the contents below.

```
#EXTM3U
#EXT-X-VERSION:7
#EXT-X-TARGETDURATION:2
#EXT-X-MEDIA-SEQUENCE:1
#EXT-X-PLAYLIST-TYPE:VOD
#EXT-X-KEY:METHOD=SAMPLE-
AES,URI="skd://?contentId=1h0jz0sdm5c381s0l4xxd8iqbg&keyId=ee8fa73a-ff1b-5f08-8972-
e46006de74d7",IV=0x0732F34EF0BBAD19533F4A26E8C125F8,KEYFORMAT="com.apple.s
treamingkeydelivery"
#EXT-X-MAP:URI="https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/init_hls.m4v"
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_0.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_1.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_2.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_3.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_4.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_5.m4v
```

10

> #EXTINF:1.92,
> https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_6.m4v
> #EXTINF:1.92,
> https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_7.m4v
>
> [***]

As with the variant playlist file for the **5678503 Bandwidth** version, the variant playlist file for the **280482 Bandwidth** version is an HLS playlist. Each line in the file path "/ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be 3a3-428c-4eab-b460-0c1929293f20/media/b26a8d0b034d10102de54935d6e484bb.m3u8" that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. Most of the streamlets, with few exceptions, are 1.92 seconds long and return sequential segments of the video. Discussed further below, the number of streamlets in each variant playlist for the test video are the same. Similarly, the segments of each streamlet (identified by "seg_hls_[#]") are the same duration across variant playlists. For example, the streamlets "seg_hls_3.m4v" in the **5678503 Bandwidth** variant playlist and "seg_hls_3.m4v" in the **280482 Bandwidth** variant playlist, respectively, have durations of 1.92 seconds and are equally distant in time from the first streamlet.

Thus, the limitations for this claim element are met. DAZN uses a client device to output rate-adaptive streams received via at least one transmission control protocol (TCP) connection with at least one server over a network.

To the extent that DAZN contends that the Accused Websites do not literally satisfy this limitation, DAZN infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> 12[a]   receiving, by the client device, digital content from the at least one server via the at least one TCP connection over the network,

As shown above in element 12[pre], which is incorporated fully herein, the limitations of this claim are met. *See* § A.12[pre].

As explained above, the client devices executing the instructions from the DAZN Site requests (and is provided with) segments, or streamlets, from the one or more DAZN servers to display on the client device through the media player executed by the instructions provided by the web page of the DAZN Site. The streamlets are communicated to the client device accessing the DAZN Site via an internet connection pursuant to HLS. HLS requires the use of HTTP communications, which requires the use of at least one connection pursuant to at least one TCP connection. The video segments are presented in sequential ascending chronological order, based upon the previously requested and/or fulfilled streamlet, defined by time index relevant to the beginning of the video.

11

During streaming of the instant test video, at least one TCP connection is established to transmit video files from one or more servers to the client device. The client device accessing the DAZN Site requests streamlets from the one or more servers associated with DAZN via HTTP GET requests. The server(s) associated with the host URI (**dcn-fs-vod-dazn-cdn.dazn.com**) for the instant test video are identifiable at the below IP addresses:

```
C:\Users\tcarter>nslookup dcn-fs-vod-dazn-cdn.dazn.com
Server:   UnKnown
Address:  2600:1700:e40:ccf0::1

Non-authoritative answer:
Name:     dazn.map.fastly.net
Addresses:  2a04:4e42:1b::663
            151.101.114.151
Aliases:  dcn-fs-vod-dazn-cdn.dazn.com
```

Windows Powershell nslookup for dcn-fs-vod-dazn-cdn.dazn.com (highlights added).

Thus, the limitations for this claim element are met. DAZN, operating on the client devices, requires the client device accessing the DAZN Site to output rate-adaptive streams received via fulfilled HTTP Get requests to one or more servers associated with DAZN connected to the client device via at least one TCP connection.

To the extent that DAZN contends that the Accused Websites do not literally satisfy this limitation, DAZN infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> 12[b]  *wherein multiple different copies of the digital content encoded at different bit rates are stored as individually-requestable portions on the at least one server,*

As shown above in elements 12[pre]-[a], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[a].

As explained above, the one or more servers, whose content is accessible by the client devices through a web page on the DAZN Site, store individually-requestable streamlets corresponding to particular segments of a video, and each streamlet is encoded at one of numerous resolutions. Thus, DAZN stores on one or more servers at least two different copies of the digital content, each encoded at different bit rates.

The numerous variant streams of the video displayed by the media player executed by the instructions provided by the web page of the DAZN Site include at least a low quality stream, a medium quality stream, and a high quality stream.

For example, in the instant test of a video titled "Paro vs. Hitchins: Full Fight," the client device made an HTTP GET request to **dai.google.com** for a master manifest located at the following                                                                                                      path:

12

**/ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/master.m3u8** (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

[6]#EXTM3U
#EXT-X-STREAM-INF:BANDWIDTH=280482,AVERAGE-BANDWIDTH=246759,RESOLUTION=192x108,FRAME-RATE=25,CODECS="avc1.42C01E,mp4a.40.2",AUDIO="audio_group_542ad363-b456-4872-a60b-787d498617ce",CLOSED-CAPTIONS=NONE
https://dai.google.com/ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/b26a8d0b034d10102de54935d6e484bb.m3u8
#EXT-X-STREAM-INF:BANDWIDTH=479032,AVERAGE-BANDWIDTH=420471,RESOLUTION=480x270,FRAME-RATE=25,CODECS="avc1.64001F,mp4a.40.2",AUDIO="audio_group_542ad363-b456-4872-a60b-787d498617ce",CLOSED-CAPTIONS=NONE
https://dai.google.com/ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/b139ac7fac97920b692f8c70f5ab8753.m3u8
#EXT-X-STREAM-INF:BANDWIDTH=724932,AVERAGE-BANDWIDTH=609056,RESOLUTION=640x360,FRAME-RATE=25,CODECS="avc1.64001F,mp4a.40.2",AUDIO="audio_group_542ad363-b456-4872-a60b-787d498617ce",CLOSED-CAPTIONS=NONE
https://dai.google.com/ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/281dd385dae3d96cede76042fd7753ab.m3u8
#EXT-X-STREAM-INF:BANDWIDTH=1202853,AVERAGE-BANDWIDTH=962337,RESOLUTION=960x540,FRAME-RATE=25,CODECS="avc1.64001F,mp4a.40.2",AUDIO="audio_group_542ad363-b456-4872-a60b-787d498617ce",CLOSED-CAPTIONS=NONE
https://dai.google.com/ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/36ab5517f05afcaef855376bf5144fcc.m3u8
#EXT-X-STREAM-INF:BANDWIDTH=1992507,AVERAGE-BANDWIDTH=1611632,RESOLUTION=960x540,FRAME-RATE=25,CODECS="avc1.64001F,mp4a.40.2",AUDIO="audio_group_542ad363-b456-4872-a60b-787d498617ce",CLOSED-CAPTIONS=NONE
https://dai.google.com/ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f72758

---

[6] Any highlighting presented throughout this chart is intended to exemplify certain elements of DAZN's operation and is not intended to limit DISH's position with respect to how DAZN practices any element of the claims.

- YELLOW = variant streams
- RED = bitrates of variant streams

0/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/15115289387e1e34ef7ee8f62528587a.m3u8
#EXT-X-STREAM-INF:BANDWIDTH=2990182,AVERAGE-BANDWIDTH=2395640,RESOLUTION=1280x720,FRAME-RATE=25,CODECS="avc1.64001F,mp4a.40.2",AUDIO="audio_group_542ad363-b456-4872-a60b-787d498617ce",CLOSED-CAPTIONS=NONE
https://dai.google.com/ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/c690b69d3df3ebb79f2e54ebb5d72d10.m3u8
#EXT-X-STREAM-INF:BANDWIDTH=3913745,AVERAGE-BANDWIDTH=3103641,RESOLUTION=1280x720,FRAME-RATE=25,CODECS="avc1.64001F,mp4a.40.2",AUDIO="audio_group_542ad363-b456-4872-a60b-787d498617ce",CLOSED-CAPTIONS=NONE
https://dai.google.com/ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/48558c8f8369b38f6dd50696a1ba45e7.m3u8
#EXT-X-STREAM-INF:BANDWIDTH=5678503,AVERAGE-BANDWIDTH=4506507,RESOLUTION=1280x720,FRAME-RATE=50,CODECS="avc1.640020,mp4a.40.2",AUDIO="audio_group_542ad363-b456-4872-a60b-787d498617ce",CLOSED-CAPTIONS=NONE
https://dai.google.com/ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/970c65c8e1dd28dd526e26f961662025.m3u8
#EXT-X-MEDIA:TYPE=AUDIO,URI="https://dai.google.com/ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/7837cc908156191f9907af444be1df55.m3u8",GROUP-ID="audio_group_542ad363-b456-4872-a60b-787d498617ce",LANGUAGE="en-GB",NAME="audio-info",DEFAULT=YES,AUTOSELECT=YES

File path: **master.m3u8**

The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 280482 (referred to herein as the "280482 Bandwidth") having a resolution of 192x108

- 479032 (referred to herein as the "479032 Bandwidth") having a resolution of 480x270

- 5678503 (referred to herein as the "5678503 Bandwidth") having a resolution of 1280x720

14

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by a unique stream file path. For example:

| Bandwidth | Path |
|---|---|
| 280482 Bandwidth | /ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/b26a8d0b034d10102de54935d6e484bb.m3u8 |
| 479032 Bandwidth | /ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/b139ac7fac97920b692f8c70f5ab8753.m3u8 |
| 5678503 Bandwidth | /ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/970c65c8e1dd28dd526e26f961662025.m3u8 |

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. For example, the **280482 Bandwidth** version can be considered a low-quality stream, the **479032 Bandwidth** version can be considered a medium-quality stream, and the **5678503 Bandwidth** version can be considered a high-quality stream.

A client device accessing the DAZN Site through a web browser uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the file above from the one or more servers hosting DAZN content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown in the test data, the client device accessing the DAZN Site selects the **5678503 Bandwidth** version of the stream and makes a request for the corresponding playlist pursuant to the instructions received from the DAZN Site. The DAZN Server(s) returns the playlist file with the contents below.

[7]#EXTM3U
#EXT-X-VERSION:7

---

[7] Any highlighting presented throughout this chart is intended to exemplify certain elements of DAZN's operation and is not intended to limit DISH's position with respect to how DAZN practices any element of the claims.
- YELLOW = variant streams
- BLUE = media segment

15

```
#EXT-X-TARGETDURATION:2
#EXT-X-MEDIA-SEQUENCE:1
#EXT-X-PLAYLIST-TYPE:VOD
#EXT-X-KEY:METHOD=SAMPLE-
AES,URI="skd://?contentId=1h0jz0sdm5c381s0l4xxd8iqbg&keyId=ee8fa73a-ff1b-5f08-8972-
e46006de74d7",IV=0x0732F34EF0BBAD19533F4A26E8C125F8,KEYFORMAT="com.apple.s
treamingkeydelivery"
#EXT-X-MAP:URI="https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/init_hls.m4v"
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_0.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_1.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_2.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_3.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_4.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_5.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_6.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_7.m4v
```

[***]

The variant playlist file is an HLS playlist. Each line in the file path "/ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be 3a3-428c-4eab-b460-0c1929293f20/media/970c65c8e1dd28dd526e26f961662025.m3u8" that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. Most of the streamlets, with a few exceptions, are 1.92 seconds long and return sequential segments of the video.

16

Similarly shown in the test data, when the client device accessing the DAZN Site selects the **280482 Bandwidth** version of the stream, it makes a request for the corresponding playlist. The DAZN Server(s) returns the playlist file for the **280482 Bandwidth** with the contents below.

```
#EXTM3U
#EXT-X-VERSION:7
#EXT-X-TARGETDURATION:2
#EXT-X-MEDIA-SEQUENCE:1
#EXT-X-PLAYLIST-TYPE:VOD
#EXT-X-KEY:METHOD=SAMPLE-
AES,URI="skd://?contentId=1h0jz0sdm5c381s0l4xxd8iqbg&keyId=ee8fa73a-ff1b-5f08-8972-
e46006de74d7",IV=0x0732F34EF0BBAD19533F4A26E8C125F8,KEYFORMAT="com.apple.s
treamingkeydelivery"
#EXT-X-MAP:URI="https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/init_hls.m4v"
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_0.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_1.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_2.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_3.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_4.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_5.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_6.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_7.m4v
                              [***]
```

As with the variant playlist file for the **5678503 Bandwidth** version, the variant playlist file for the **280482 Bandwidth** version is an HLS playlist. Each line in the file path "/ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be

17

3a3-428c-4eab-b460-0c1929293f20/media/b26a8d0b034d10102de54935d6e484bb.m3u8"    that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. Most of the streamlets, with few exceptions, are 1.92 seconds long and return sequential segments of the video. Discussed further below, the number of streamlets in each variant playlist for the test video are the same. Similarly, the segments of each streamlet (identified by "seg_hls_[#]") are the same duration across variant playlists. For example, the streamlets "seg_hls_3.m4v" in the **5678503 Bandwidth** variant playlist and "seg_hls_3.m4v" in the **280482 Bandwidth** variant playlist, respectively, have durations of 1.92 seconds and are equally distant in time from the first streamlet.

Thus, the limitations for this claim element are met. DAZN videos are stored on one or more servers associated with DAZN as multiple different copies, each of which is comprised of individually-requestable segments encoded at the same of multiple various bit rates.

To the extent that DAZN contends that the Accused Websites do not literally satisfy this limitation, DAZN infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

| 12[c]   *wherein each of the individually-requestable portions of a corresponding copy of the digital content is a different portion of the digital content during presentation,* |
|---|

As shown above in elements 12[pre]-[b], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[b].

Moreover, DAZN's digital content is divided into a plurality of individually-requestable portions, or streamlets, such that each streamlet corresponds to a portion of a video at a particular bit rate. The plurality of streamlets at the same bit rate comprise at least a portion of a copy of the video requested.

For example, in the instant test of a video titled "Paro vs. Hitchins: Full Fight," the client device made an HTTP GET request to **dai.google.com** for a master manifest located at the following                                    path: **/ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2 be3a3-428c-4eab-b460-0c1929293f20/master.m3u8** (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

| [8]#EXTM3U<br>#EXT-X-STREAM-INF:==BANDWIDTH=280482==,AVERAGE-<br>BANDWIDTH=246759,RESOLUTION=192x108,FRAME-<br>RATE=25,CODECS="avc1.42C01E,mp4a.40.2",AUDIO="audio_group_542ad363-b456-4872-<br>a60b-787d498617ce",CLOSED-CAPTIONS=NONE |
|---|

---

[8] Any highlighting presented throughout this chart is intended to exemplify certain elements of DAZN's operation and is not intended to limit DISH's position with respect to how DAZN practices any element of the claims.
-   ==YELLOW = variant streams==
-   ==RED = bitrates of variant streams==

https://dai.google.com/ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/b26a8d0b034d10102de54935d6e484bb.m3u8
#EXT-X-STREAM-INF:BANDWIDTH=479032,AVERAGE-BANDWIDTH=420471,RESOLUTION=480x270,FRAME-RATE=25,CODECS="avc1.64001F,mp4a.40.2",AUDIO="audio_group_542ad363-b456-4872-a60b-787d498617ce",CLOSED-CAPTIONS=NONE
https://dai.google.com/ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/b139ac7fac97920b692f8c70f5ab8753.m3u8
#EXT-X-STREAM-INF:BANDWIDTH=724932,AVERAGE-BANDWIDTH=609056,RESOLUTION=640x360,FRAME-RATE=25,CODECS="avc1.64001F,mp4a.40.2",AUDIO="audio_group_542ad363-b456-4872-a60b-787d498617ce",CLOSED-CAPTIONS=NONE
https://dai.google.com/ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/281dd385dae3d96cede76042fd7753ab.m3u8
#EXT-X-STREAM-INF:BANDWIDTH=1202853,AVERAGE-BANDWIDTH=962337,RESOLUTION=960x540,FRAME-RATE=25,CODECS="avc1.64001F,mp4a.40.2",AUDIO="audio_group_542ad363-b456-4872-a60b-787d498617ce",CLOSED-CAPTIONS=NONE
https://dai.google.com/ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/36ab5517f05afcaef855376bf5144fcc.m3u8
#EXT-X-STREAM-INF:BANDWIDTH=1992507,AVERAGE-BANDWIDTH=1611632,RESOLUTION=960x540,FRAME-RATE=25,CODECS="avc1.64001F,mp4a.40.2",AUDIO="audio_group_542ad363-b456-4872-a60b-787d498617ce",CLOSED-CAPTIONS=NONE
https://dai.google.com/ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/15115289387e1e34ef7ee8f62528587a.m3u8
#EXT-X-STREAM-INF:BANDWIDTH=2990182,AVERAGE-BANDWIDTH=2395640,RESOLUTION=1280x720,FRAME-RATE=25,CODECS="avc1.64001F,mp4a.40.2",AUDIO="audio_group_542ad363-b456-4872-a60b-787d498617ce",CLOSED-CAPTIONS=NONE
https://dai.google.com/ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/c690b69d3df3ebb79f2e54ebb5d72d10.m3u8
#EXT-X-STREAM-INF:BANDWIDTH=3913745,AVERAGE-BANDWIDTH=3103641,RESOLUTION=1280x720,FRAME-RATE=25,CODECS="avc1.64001F,mp4a.40.2",AUDIO="audio_group_542ad363-b456-4872-a60b-787d498617ce",CLOSED-CAPTIONS=NONE
https://dai.google.com/ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f72758

<div style="border:1px solid">

0/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/48558c8f8369b38f6dd50696a1ba45e7.m3u8
#EXT-X-STREAM-INF:BANDWIDTH=5678503,AVERAGE-BANDWIDTH=4506507,RESOLUTION=1280x720,FRAME-RATE=50,CODECS="avc1.640020,mp4a.40.2",AUDIO="audio_group_542ad363-b456-4872-a60b-787d498617ce",CLOSED-CAPTIONS=NONE
https://dai.google.com/ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/970c65c8e1dd28dd526e26f961662025.m3u8
#EXT-X-MEDIA:TYPE=AUDIO,URI="https://dai.google.com/ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/7837cc908156191f9907af444be1df55.m3u8",GROUP-ID="audio_group_542ad363-b456-4872-a60b-787d498617ce",LANGUAGE="en-GB",NAME="audio-info",DEFAULT=YES,AUTOSELECT=YES

</div>

File path: **master.m3u8**

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by a unique stream file path. For example:

| Bandwidth | Path |
|---|---|
| 280482 Bandwidth | /ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/b26a8d0b034d10102de54935d6e484bb.m3u8 |
| 479032 Bandwidth | /ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/b139ac7fac97920b692f8c70f5ab8753.m3u8 |
| 5678503 Bandwidth | /ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/970c65c8e1dd28dd526e26f961662025.m3u8 |

As shown for example below, each of the **5678503 Bandwidth** and **280482 Bandwidth** version playlists contain segments, or streamlets, that encode different segments of the video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| [9]Bandwidth | Streamlet |
|---|---|

---

[9] Any highlighting presented throughout this chart is intended to exemplify certain elements of DAZN's operation and is not intended to limit DISH's position with respect to how DAZN practices any element of the claims.
- BLUE = media segment
- YELLOW = variant stream

| 5678503 Bandwidth | #EXTM3U<br>#EXT-X-VERSION:7<br>#EXT-X-TARGETDURATION:2<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXT-X-KEY:METHOD=SAMPLE-AES,URI="skd://?contentId=1h0jz0sdm5c381s0l4xxd8iqbg&keyId=ee8fa73a-ff1b-5f08-8972-e46006de74d7",IV=0x0732F34EF0BBAD19533F4A26E8C125F8,KEYFORMAT="com.apple.streamingkeydelivery"<br>#EXT-X-MAP:URI="https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/init_hls.m4v"<br>#EXTINF:1.92,<br>https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_0.m4v<br>#EXTINF:1.92,<br>https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_1.m4v<br>#EXTINF:1.92,<br>https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_2.m4v<br>#EXTINF:1.92,<br>https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_3.m4v<br>#EXTINF:1.92,<br>https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_4.m4v<br>#EXTINF:1.92,<br>https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_5.m4v<br>#EXTINF:1.92,<br>https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_6.m4v<br>#EXTINF:1.92,<br>https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_7.m4v |
|---|---|

21

| | [***] |
|---|---|
| **280482 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:7<br>#EXT-X-TARGETDURATION:2<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXT-X-KEY:METHOD=SAMPLE-AES,URI="skd://?contentId=1h0jz0sdm5c381s0l4xxd8iqbg&keyId=ee8fa73a-ff1b-5f08-8972-e46006de74d7",IV=0x0732F34EF0BBAD19533F4A26E8C125F8,KEYFORMAT="com.apple.streamingkeydelivery"<br>#EXT-X-MAP:URI="https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/init_hls.m4v"<br>#EXTINF:1.92,<br>https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_0.m4v<br>#EXTINF:1.92,<br>https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_1.m4v<br>#EXTINF:1.92,<br>https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_2.m4v<br>#EXTINF:1.92,<br>https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_3.m4v<br>#EXTINF:1.92,<br>https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_4.m4v<br>#EXTINF:1.92,<br>https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_5.m4v<br>#EXTINF:1.92,<br>https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_6.m4v<br>#EXTINF:1.92,<br>https://dcn-fs-vod-dazn- |

| | cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/1120 00/seg_hls_7.m4v |
| --- | --- |
| | [***] |

On information and belief, playlists for the other resolution variants also include these segments, or streamlets, also arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from DAZN's server(s).

Each of the low-quality stream, medium-quality stream, and high-quality stream comprise a group of streamlets that are encoded at the same respective one of the different bitrates. As set forth above, each of the variant streams "describes a different version of the same content." RFC 8216 at 5. Thus, each of the variant streams are "encodings of the same presentation" at different bitrates. RFC 8216 at 42. Indeed, to allow "clients to switch between" variant streams seamlessly, HLS requires that "[e]ach variant stream MUST present the same content" on playback. RFC 8216 at 43. And, HLS provides that "[m]atching content in variant streams MUST have matching timestamps" to allow the media player executed by the instructions provided by the web page of the DAZN Site to synchronize the media. *Id*. Further, "[e]ach Media Segment in a Media Playlist has an integer Discontinuity Sequence Number. The Discontinuity Sequence Number can be used in addition to the timestamps within the media to synchronize Media Segments across different Renditions." RFC 8216 at 39. Thus, "[m]atching content in variant streams MUST have matching Discontinuity Sequence Numbers." RFC 8216 at 43.

Thus, the limitations of this claim element are met. DAZN videos are stored on one or more servers associated with DAZN as multiple different copies, each of which is comprised of individually-requestable segments, or streamlets, encoded at the same of multiple various bit rates. Each streamlet for each bit rate version of the video correspond to a different portion of the video program.

To the extent that DAZN contends that the Accused Websites do not literally satisfy this limitation, DAZN infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

| |
| --- |
| *12[d]   wherein the individually-requestable portions across the different copies yield the same portions of the digital content upon presentation, and wherein the receiving comprises:* |

As shown above in elements 12[pre]-[c], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[c].

Moreover, DAZN videos are encoded at a plurality of different bitrates to create a plurality of streams including at least low, medium, and high quality streams. Each of the low, medium, and high quality streams has a streamlet that encodes the same portion of the video at a different one of the plurality of different bitrates. Each of the streamlets comprising the low, medium, and high, quality streams are stored in variant playlists comprising a group of streamlets of the same quality at a respective bit rate.

23

The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 280482 (referred to herein as the "280482 Bandwidth") having a resolution of 192x108

- 479032 (referred to herein as the "479032 Bandwidth") having a resolution of 480x270

- 5678503 (referred to herein as the "5678503 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by a unique stream file path. For example:

| Bandwidth | Path |
|---|---|
| 280482 Bandwidth | /ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/b26a8d0b034d10102de54935d6e484bb.m3u8 |
| 479032 Bandwidth | /ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/b139ac7fac97920b692f8c70f5ab8753.m3u8 |
| 5678503 Bandwidth | /ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/970c65c8e1dd28dd526e26f961662025.m3u8 |

As shown below, each of the **5678503 Bandwidth** and **280482 Bandwidth** version playlists contain segments, or streamlets, that encode segments of the DAZN's test video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| [10]Bandwidth | Streamlet |
|---|---|
| 5678503 Bandwidth | #EXTM3U<br>#EXT-X-VERSION:7<br>#EXT-X-TARGETDURATION:2<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXT-X-KEY:METHOD=SAMPLE-AES,URI="skd://?contentId=1h0jz0sdm5c381s0l4xxd8iqbg&keyId=ee8f |

---

[10] Any highlighting presented throughout this chart is intended to exemplify certain elements of DAZN's operation and is not intended to limit DISH's position with respect to how DAZN practices any element of the claims.
- YELLOW = variant streams
- BLUE = media segment

| | |
|---|---|
| | a73a-ff1b-5f08-8972-e46006de74d7",IV=0x0732F34EF0BBAD19533F4A26E8C125F8,KEYFORMAT="com.apple.streamingkeydelivery"<br>#EXT-X-MAP:URI="https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/init_hls.m4v"<br>#EXTINF:1.92,<br>https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_0.m4v<br>#EXTINF:1.92,<br>https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_1.m4v<br>#EXTINF:1.92,<br>https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_2.m4v<br>#EXTINF:1.92,<br>https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_3.m4v<br>#EXTINF:1.92,<br>https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_4.m4v<br>#EXTINF:1.92,<br>https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_5.m4v<br>#EXTINF:1.92,<br>https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_6.m4v<br>#EXTINF:1.92,<br>https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_7.m4v<br><br>[***] |
| **280482 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:7<br>#EXT-X-TARGETDURATION:2<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXT-X-KEY:METHOD=SAMPLE- |

25

AES,URI="skd://?contentId=1h0jz0sdm5c381s0l4xxd8iqbg&keyId=ee8fa73a-ff1b-5f08-8972-e46006de74d7",IV=0x0732F34EF0BBAD19533F4A26E8C125F8,KEYFORMAT="com.apple.streamingkeydelivery"
#EXT-X-MAP:URI="https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/init_hls.m4v"
#EXTINF:1.92,
https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_0.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_1.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_2.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_3.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_4.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_5.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_6.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_7.m4v

[***]

On information and belief, playlists for the other variant streams also include these segments, or streamlets, also arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from the DAZN's server(s).

26

Referring to the variant stream data shown above, segment 4 (seg_hls_4.m4v) of the low quality stream (280482 Bandwidth) yields 1.92 seconds of the video to be viewed, here "Paro vs. Hitchins: Full Fight," and segment 4 (seg_hls_4.m4v) of the high quality stream (5678503 Bandwidth) yields the same 1.92 seconds of the video to be viewed. Similarly, segment 5 (seg_hls_5.m4v) of the low quality stream (280482 Bandwidth) yields the next 1.92 seconds of the video to be viewed, here "Paro vs. Hitchins: Full Fight," and segment 5 (seg_hls_5.m4v) of the high quality stream (5678503 Bandwidth) yields the same next 1.92 seconds of the video to be viewed. This correspondence continues for each of the streamlets in each of the variant playlists. Therefore, the respective Media Segments across different variant streams yield the same portions of the video to be viewed on playback.

For the instant test, the client device requests and receives the streamlets corresponding to the portion of the video such that the video is viewed in continuous fashion. Below is an excerpt of the Charles "Sequence" listing showing the same alongside the status of the requests:

| Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_25.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_26.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_27.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_28.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_29.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_30.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/288000/seg_hls_31.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h | … | Complete |

| | | | | |
|---|---|---|---|---|
| | | 264/288000/seg_hls_32.m4v | | |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/288000/seg_hls_33.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_34.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_35.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_36.m4v | … | Complete |

Thus, the limitations for this claim element are met. DAZN videos are stored on one or more servers associated with DAZN as multiple different copies, each of which is comprised of individually-requestable segments, or streamlets, encoded at the same of multiple various bit rates. Each streamlet for each bit rate version of the video correspond to a different portion of the video program. Similarly, the portion of the video corresponding to a particular streamlet is the same portion of the video corresponding to another streamlet in a different bit rate. For example, the portion of the video corresponding to the third streamlet in the low quality bit rate version of the test video yields the same portion of the video corresponding to the third streamlet in the high quality bit rate version.

To the extent that DAZN contends that the Accused Websites do not literally satisfy this limitation, DAZN infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> *12[e]   requesting by the client device a plurality of sequential individually-requestable portions of one of the copies from the at least one server;*

As shown above in elements 12[pre]-[d], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[d].

As explained above, the client device executing the instructions from the DAZN Site requests (and is provided with) segments, or streamlets, from the one or more DAZN servers to display on the client device through the media player executed by the instructions provided by the web page of the DAZN Site. The streamlets are communicated to the client device accessing the DAZN Site via an internet connection pursuant to HLS. HLS requires the use of HTTP communications, which requires the use of at least one connection pursuant to at least one TCP connection. The video segments are presented in sequential ascending chronological order, based

upon the previously requested and/or fulfilled streamlet, defined by time index relevant to the beginning of the video.

During streaming of the instant test video, at least one TCP connection is established to transmit video files from one or more servers to the client device. The client device accessing the DAZN Site requests streamlets from the one or more servers associated with DAZN via HTTP GET requests. The server(s) associated with the host URI (**dcn-fs-vod-dazn-cdn.dazn.com**) for the instant test video are identifiable at the below IP addresses:

```
C:\Users\tcarter>nslookup dcn-fs-vod-dazn-cdn.dazn.com
Server:   UnKnown
Address:  2600:1700:e40:ccf0::1

Non-authoritative answer:
Name:     dazn.map.fastly.net
Addresses:  2a04:4e42:1b::663
            151.101.114.151
Aliases:  dcn-fs-vod-dazn-cdn.dazn.com
```

Windows Powershell nslookup for dcn-fs-vod-dazn-cdn.dazn.com (highlights added).

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 280482 (referred to herein as the "280482 Bandwidth") having a resolution of 192x108

- 479032 (referred to herein as the "479032 Bandwidth") having a resolution of 480x270

- 5678503 (referred to herein as the "5678503 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by a unique stream file path. For example:

| Bandwidth | Path |
|---|---|
| **280482 Bandwidth** | /ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/b26a8d0b034d10102de54935d6e484bb.m3u8 |

| 479032 Bandwidth | /ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/b139ac7fac97920b692f8c70f5ab8753.m3u8 |
|---|---|
| 5678503 Bandwidth | /ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/970c65c8e1dd28dd526e26f961662025.m3u8 |

As shown in the excerpt of the instant test below, the client device initially requests and receives the **5678503 Bandwidth** version of the streamlets (indicated by the **4400000**). At this time, the bandwidth is unrestricted. Once the bandwidth is restricted, the client device accessing the DAZN Application determines—pursuant to instructions received from the DAZN Application—that it cannot support a higher bandwidth version of the video. The client device then determines that the higher bitrate cannot be supported and subsequently switches to request and receive the **280482 Bandwidth** version of the streamlets (indicated by the **112000**). Upon making a successive determination that a higher bitrate can be supported, the client device switches to request and receive the **479032 Bandwidth** version of the streamlets (indicated by the **288000**). Below is an excerpt of the Charles "Sequence" listing showing the downshifting from a higher to lower playback quality and subsequently upshifting from the lower playback quality to higher playback quality alongside the status of the requests. As shown by the Charles Proxy application file, partially reproduced below, the streamlet video files are hosted on a server accessible via **dcn-fs-vod-dazn-cdn.dazn.com**.

| [11]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_25.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_26.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_27.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_28.m4v | … | Complete |

---

[11] Any highlighting presented throughout this chart is intended to exemplify certain elements of DAZN's operation and is not intended to limit DISH's position with respect to how DAZN practices any element of the claims.
- ORANGE = one or more servers
- BLUE = media segment

30

| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_29.m4v | … | Complete |
|-----|------------------------------|----------------------------------------------------------------------|---|----------|
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_30.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/288000/seg_hls_31.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/288000/seg_hls_32.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/288000/seg_hls_33.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_34.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_35.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_36.m4v | … | Complete |

DAZN's "[p]laylist files contain URIs, which clients will use to make network requests of arbitrary entities." RFC 8216 at 55. When playback starts on the media player executed by the instructions provided by the web page of the DAZN Site, "[t]he client," which is the client device accessing the DAZN Site, "SHALL choose which Media Segment to play first from the Media Playlist." RFC 8216 at 45; *id.* at 47 ("The first segment to load is generally the segment that the client has chosen to play first (see Section 6.3.3)."). Then, "[i]n order to play the presentation normally, the next Media Segment" the client device requests and "load[s] the one with the lowest Media Sequence Number that is greater than the Media Sequence Number of the last Media Segment loaded." RFC 8216 at 47. That is, to playback normally, the client device must request a plurality of files with sequential Media Sequence Numbers/timestamps and the requests are made based on the Media Sequence Numbers/timestamps.

31

On information and belief, the DAZN Site accessed using a web browser on an Apple iPhone uses Apple's AVPlayer to perform adaptive bitrate streaming using the HLS standard. HLS explains "[c]lients should switch between different Variant Streams to adapt to network conditions" and [c]lients should choose Renditions based on user preferences." RFC 8216. Accordingly, the DAZN Site uses AVPlayer to generate factors indicative of the network connection(s) between the client device and the server(s) associated with the DAZN Site, and make successive determinations as to which bandwidth versions of the video program to request. As part of this assessment, AVPlayer generates factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics.

Thus, the limitations for this claim element are met. DAZN videos are stored on one or more servers associated with DAZN as multiple different copies, each of which is comprised of individually-requestable segments encoded at the same of multiple various bit rates. The client device accessing the DAZN Site requests the plurality of individually requestable streamlets from the one or more servers associated with the DAZN Site.

To the extent that DAZN contends that the Accused Websites do not literally satisfy this limitation, DAZN infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> *12[ff]    automatically requesting by the client device from the at least one server subsequent portions of the digital content by requesting for each such portion one of the individually-requestable portions from one of the copies dependent upon successive determinations by the client device to change a requested bit rate to a higher or lower bit rate one of the different copies,*

As shown above in elements 12[pre]-[e], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[e].

As explained above, a client device accessing the DAZN Site provides users with adaptive-rate digital content streaming of videos. Accordingly, the client device automatically and continually requests individually requestable sequential streamlets from the at least one server associated with DAZN. Each streamlet is requested dependent upon numerous factors indicative of the sustainability of streaming, such as: the available network connection, the fulfillment status of previously requested streamlets, the length of any buffer, or the determination at the client device that the previously selected bandwidth version of the video is no longer the optimal version for streaming.

On information and belief, the DAZN Site accessed using a web browser on an Apple iPhone uses Apple's AVPlayer to perform adaptive bitrate streaming using the HLS standard. HLS explains "[c]lients should switch between different Variant Streams to adapt to network conditions" and [c]lients should choose Renditions based on user preferences." RFC 8216. Accordingly, the DAZN Site uses AVPlayer to generate factors indicative of the network connection(s) between the client device and the server(s) associated with the DAZN Site, and make successive determinations as to which bandwidth versions of the video program to request. As part of this assessment, AVPlayer generates factors indicative of, for example, connection strength,

buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics. These factors are compared to defined thresholds, whereupon the client device accessing the DAZN Site successively determines whether to switch to request higher or lower bandwidth versions of the stream. The DAZN Site contains instructions directing the client device to request and present the highest quality streamlets of the videos that are supportable at any particular time.

In response to requesting the first streamlet via an HTTP GET request, as shown above, the client device receives the requested streamlet from the server via the one or more network connections. *See e.g.*, RFC 8216 at 4 ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."); *id.* at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments.").

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 280482 (referred to herein as the "280482 Bandwidth") having a resolution of 192x108

- 479032 (referred to herein as the "479032 Bandwidth") having a resolution of 480x270

- 5678503 (referred to herein as the "5678503 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by a unique stream file path. For example:

| Bandwidth | Path |
|---|---|
| 280482 Bandwidth | /ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/b26a8d0b034d10102de54935d6e484bb.m3u8 |
| 479032 Bandwidth | /ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/b139ac7fac97920b692f8c70f5ab8753.m3u8 |
| 5678503 Bandwidth | /ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/970c65c8e1dd28dd526e26f961662025.m3u8 |

As shown in the excerpt of the instant test below, the client device initially requests and receives the **5678503 Bandwidth** version of the streamlets (indicated by the **4400000**). At this time, the bandwidth is unrestricted. Once the bandwidth is restricted, the client device accessing the DAZN Application determines—pursuant to instructions received from the DAZN Application—that it cannot support a higher bandwidth version of the video. The client device then determines that the higher bitrate cannot be supported and subsequently switches to request and receive the **280482 Bandwidth** version of the streamlets (indicated by the **112000**). Upon making a successive determination that a higher bitrate can be supported, the client device switches to request and receive the **479032 Bandwidth** version of the streamlets (indicated by the **288000**). Below is an excerpt of the Charles "Sequence" listing showing the downshifting from a higher to lower playback quality and subsequently upshifting from the lower playback quality to higher playback quality alongside the status of the requests. As shown by the Charles Proxy application file, partially reproduced below, the streamlet video files are hosted on a server accessible via **dcn-fs-vod-dazn-cdn.dazn.com**.

| [12]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_25.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_26.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_27.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_28.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_29.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_30.m4v | … | Complete |

---

[12] Any highlighting presented throughout this chart is intended to exemplify certain elements of DAZN's operation and is not intended to limit DISH's position with respect to how DAZN practices any element of the claims.
- ORANGE = one or more servers
- BLUE = media segment

| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/288000/seg_hls_31.m4v | … | Complete |
|---|---|---|---|---|
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/288000/seg_hls_32.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/288000/seg_hls_33.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_34.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_35.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_36.m4v | … | Complete |

DAZN's "[p]laylist files contain URIs, which clients will use to make network requests of arbitrary entities." RFC 8216 at 55. When playback starts on the media player executed by the instructions provided by the web page of the DAZN Site, "[t]he client," which is the client device accessing the DAZN Site, "SHALL choose which Media Segment to play first from the Media Playlist." RFC 8216 at 45; *id.* at 47 ("The first segment to load is generally the segment that the client has chosen to play first (see Section 6.3.3)."). Then, "[i]n order to play the presentation normally, the next Media Segment" the client device requests and "load[s] the one with the lowest Media Sequence Number that is greater than the Media Sequence Number of the last Media Segment loaded." RFC 8216 at 47. That is, to playback normally, the client device must request a plurality of files with sequential Media Sequence Numbers/timestamps and the requests are made based on the Media Sequence Numbers/timestamps.

Thus, the limitations for this claim element are met. The client device accessing the DAZN Site automatically requests the plurality of individually requestable streamlets from the one or more servers associated with the DAZN Site based upon instructions communicated to the device by the DAZN Site. On information and belief, the instructions require the client device to make successive determinations to change or maintain the requests for the individually-requestable streamlets of a particular bit rate version of the video program.

To the extent that DAZN contends that the Accused Websites do not literally satisfy this limitation, DAZN infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> *12[g]   the automatically requesting including repeatedly generating a factor indicative of a current ability to receive the digital content at a rate sufficient for presenting the digital content as the digital content is received, individually-requestable wherein the factor relates to a performance of the network; and*

As shown above in elements 12[pre]-[f], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[f].

As explained above, DAZN uses adaptive bitrate streaming to stream its videos, including the test video "Paro vs. Hitchins: Full Fight." The client device accessing the DAZN Site may access the plurality of videos in a playlist by making an HTTP GET request to the DAZN Site.

On information and belief, the DAZN Site accessed using a web browser on an Apple iPhone uses Apple's AVPlayer to perform adaptive bitrate streaming using the HLS standard. HLS explains "[c]lients should switch between different Variant Streams to adapt to network conditions" and [c]lients should choose Renditions based on user preferences." RFC 8216. Accordingly, the DAZN Site uses AVPlayer to generate factors indicative of the network connection(s) between the client device and the server(s) associated with the DAZN Site, and make successive determinations as to which bandwidth versions of the video program to request. As part of this assessment, AVPlayer generates factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics. These factors are compared to defined thresholds, whereupon the client device accessing the DAZN Site successively determines whether to switch to request higher or lower bandwidth versions of the stream. The DAZN Site contains instructions directing the client device to request and present the highest quality streamlets of the videos that are supportable at any particular time.

In response to requesting the first streamlet via an HTTP GET request, as shown above, the client device receives the requested streamlet from the server via the one or more network connections. *See e.g.*, RFC 8216 at 4 ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."); *id.* at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments.").

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 280482 (referred to herein as the "280482 Bandwidth") having a resolution of 192x108

- 479032 (referred to herein as the "479032 Bandwidth") having a resolution of 480x270

- 5678503 (referred to herein as the "5678503 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by a unique stream file path. For example:

| Bandwidth | Path |
|---|---|
| **280482 Bandwidth** | /ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/b26a8d0b034d10102de54935d6e484bb.m3u8 |
| **479032 Bandwidth** | /ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/b139ac7fac97920b692f8c70f5ab8753.m3u8 |
| **5678503 Bandwidth** | /ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/970c65c8e1dd28dd526e26f961662025.m3u8 |

As shown in the excerpt of the instant test below, the client device initially requests and receives the **5678503 Bandwidth** version of the streamlets (indicated by the **4400000**). At this time, the bandwidth is unrestricted. Once the bandwidth is restricted, the client device accessing the DAZN Application determines—pursuant to instructions received from the DAZN Application—that it cannot support a higher bandwidth version of the video. The client device then determines that the higher bitrate cannot be supported and subsequently switches to request and receive the **280482 Bandwidth** version of the streamlets (indicated by the **112000**). Upon making a successive determination that a higher bitrate can be supported, the client device switches to request and receive the **479032 Bandwidth** version of the streamlets (indicated by the **288000**). Below is an excerpt of the Charles "Sequence" listing showing the downshifting from a higher to lower playback quality and subsequently upshifting from the lower playback quality to higher playback quality alongside the status of the requests. As shown by the Charles Proxy application file, partially reproduced below, the streamlet video files are hosted on a server accessible via **dcn-fs-vod-dazn-cdn.dazn.com**.

| [13]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h | … | Complete |

---

[13] Any highlighting presented throughout this chart is intended to exemplify certain elements of DAZN's operation and is not intended to limit DISH's position with respect to how DAZN practices any element of the claims.

- ORANGE = one or more servers
- BLUE = media segment

| | | | | |
|---|---|---|---|---|
| | | 264/4400000/seg_hls_25.m4v | | |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_26.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_27.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_28.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_29.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_30.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/288000/seg_hls_31.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/288000/seg_hls_32.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/288000/seg_hls_33.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_34.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_35.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_36.m4v | … | Complete |

The test video's "[p]laylist files contain URIs, which clients will use to make network requests of arbitrary entities." RFC 8216 at 55. When playback starts on the media player, "[t]he client," which is the media player embedded on the web page of the DAZN Application, "SHALL choose which Media Segment to play first from the Media Playlist." RFC 8216 at 45; *id.* at 47 ("The first segment to load is generally the segment that the client has chosen to play first (see Section 6.3.3)."). Then, "[i]n order to play the presentation normally, the next Media Segment" the client device requests and "load[s] the one with the lowest Media Sequence Number that is greater than the Media Sequence Number of the last Media Segment loaded." RFC 8216 at 47. That is, to playback normally, the client device must request a plurality of files with sequential Media Sequence Numbers/timestamps and the requests are made based on the Media Sequence Numbers/timestamps.

Thus, the limitations for this claim element are met. The client device accessing the DAZN Site automatically requests the plurality of individually requestable streamlets from the one or more servers associated with the DAZN Site based upon instructions communicated to the device by the DAZN Site. On information and belief, the instructions require the client device to make successive determinations to change or maintain the requests for the individually-requestable streamlets of a particular bit rate version of the video program. The determinations include repeatedly generating at least one factor indicative of the client device's current ability to receive or present the digital content at a rate commensurate with the client device's network connection with the one or more servers associated with DAZN.

To the extent that DAZN contends that the Accused Websites do not literally satisfy this limitation, DAZN infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> *12[h]   making the successive determinations whether to change the requested bit rate based on the factor to achieve continuous presentation of the digital content using the individually-requestable portions of the highest bit rate one of the copies determined receivable at that time at a rate sufficient for presenting the digital content as the individually-requestable portions of the digital content are received,*

As shown above in elements 12[pre]-[g], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[g].

The client device accessing the DAZN Site automatically requests the plurality of individually requestable streamlets from the one or more servers associated with the DAZN Site based upon instructions communicated to the device by the DAZN Site. On information and belief, the instructions require the client device to make successive determinations to change or maintain the requests for the individually-requestable streamlets of a particular bit rate version of the video program. The determinations include repeatedly generating at least one factor indicative of the client device's current ability to receive or present the digital content at a rate commensurate with the client device's network connection with the one or more servers associated with DAZN.

39

Thus, the limitations for this claim element are met. DAZN uses a client device to output rate-adaptive streams received via at least one transmission control protocol (TCP) connection with at least one server over a network including making the successive determinations whether to change the requested bit rate based on the factor to achieve continuous presentation of the digital content using the individually-requestable portions of the highest bit rate one of the copies determined receivable at that time at a rate sufficient for presenting the digital content as the individually-requestable portions of the digital content are received.

To the extent that DAZN contends that the Accused Websites do not literally satisfy this limitation, DAZN infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> *12[i]    wherein the making of the successive determinations to change the requested bit rate comprises:*
>
> *requesting a subsequent individually-requestable portion from a higher bit rate one of the different copies than a currently requested one of the different copies when the at least one factor is greater than a first threshold; and*

As shown above in elements 12[pre]-[h], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[h].

As explained above, DAZN uses adaptive bitrate streaming to stream its videos, including the test video "Paro vs. Hitchins: Full Fight." The client device accessing the DAZN Site may access the plurality of videos in a playlist by making an HTTP GET request to the DAZN Site.

On information and belief, the DAZN Site accessed using a web browser on an Apple iPhone uses Apple's AVPlayer to perform adaptive bitrate streaming using the HLS standard. HLS explains "[c]lients should switch between different Variant Streams to adapt to network conditions" and [c]lients should choose Renditions based on user preferences." RFC 8216. Accordingly, the DAZN Site uses AVPlayer to generate factors indicative of the network connection(s) between the client device and the server(s) associated with the DAZN Site, and make successive determinations as to which bandwidth versions of the video program to request. As part of this assessment, AVPlayer generates factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics. These factors are compared to defined thresholds, whereupon the client device accessing the DAZN Site successively determines whether to switch to request higher or lower bandwidth versions of the stream. The DAZN Site contains instructions directing the client device to request and present the highest quality streamlets of the videos that are supportable at any particular time.

In response to requesting the first streamlet via an HTTP GET request, as shown above, the client device receives the requested streamlet from the server via the one or more network connections. *See e.g.*, RFC 8216 at 4 ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."); *id.* at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments.").

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

The Master Manifest shows at least three bandwidth versions, or variant streams, of the video at the following bandwidths:

- 280482 (referred to herein as the "280482 Bandwidth") having a resolution of 192x108

- 479032 (referred to herein as the "479032 Bandwidth") having a resolution of 480x270

- 5678503 (referred to herein as the "5678503 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by a unique stream file path. For example:

| Bandwidth | Path |
|---|---|
| **280482 Bandwidth** | /ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/b26a8d0b034d10102de54935d6e484bb.m3u8 |
| **479032 Bandwidth** | /ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/b139ac7fac97920b692f8c70f5ab8753.m3u8 |
| **5678503 Bandwidth** | /ondemand/hls/content/2538524/vid/1f0ad66950e012cc469010a29f727580/CBF/streams/5c2be3a3-428c-4eab-b460-0c1929293f20/media/970c65c8e1dd28dd526e26f961662025.m3u8 |

As shown in the excerpt of the instant test below, the client device initially requests and receives the **5678503 Bandwidth** version of the streamlets (indicated by the **4400000**). At this time, the bandwidth is unrestricted. Once the bandwidth is restricted, the client device accessing the DAZN Application determines—pursuant to instructions received from the DAZN Application—that it cannot support a higher bandwidth version of the video. The client device then determines that the higher bitrate cannot be supported and subsequently switches to request and receive the **280482 Bandwidth** version of the streamlets (indicated by the **112000**). Upon making a successive determination that a higher bitrate can be supported, the client device switches to request and receive the **479032 Bandwidth** version of the streamlets (indicated by the **288000**). Below is an excerpt of the Charles "Sequence" listing showing the downshifting from a higher to lower playback quality and subsequently upshifting from the lower playback quality to higher playback quality alongside the status of the requests. As shown by the Charles Proxy application file, partially reproduced below, the streamlet video files are hosted on a server accessible via **dcn-fs-vod-dazn-cdn.dazn.com**.

41

| [14]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_25.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_26.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_27.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_28.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_29.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_30.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/288000/seg_hls_31.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/288000/seg_hls_32.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/288000/seg_hls_33.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h | … | Complete |

[14] Any highlighting presented throughout this chart is intended to exemplify certain elements of DAZN's operation and is not intended to limit DISH's position with respect to how DAZN practices any element of the claims.
- ORANGE = one or more servers
- BLUE = media segment

42

| | | | | |
|---|---|---|---|---|
| | | 264/4400000/seg_hls_34.m4v | | |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_35.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_36.m4v | … | Complete |

Thus, the limitations for this claim element are met. When the client device determines that the generated factor is greater than a first threshold, the client device executing the instructions from DAZN will request the individually-requestable streamlets from a higher bit rate version of the video.

To the extent that DAZN contends that the Accused Websites do not literally satisfy this limitation, DAZN infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> *12[j]   requesting a subsequent individually-requestable portion from a lower bit rate one of the different copies than the currently requested one of the different copies when the at least one factor is less than a second threshold; and*

As shown above in elements 12[pre]-[i], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[i].

As shown in the excerpt of the instant test below, the client device initially requests and receives the **5678503 Bandwidth** version of the streamlets (indicated by the **4400000**). At this time, the bandwidth is unrestricted. Once the bandwidth is restricted, the client device accessing the DAZN Application determines—pursuant to instructions received from the DAZN Application—that it cannot support a higher bandwidth version of the video. The client device then determines that the higher bitrate cannot be supported and subsequently switches to request and receive the **280482 Bandwidth** version of the streamlets (indicated by the **112000**). Upon making a successive determination that a higher bitrate can be supported, the client device switches to request and receive the **479032 Bandwidth** version of the streamlets (indicated by the **288000**). Below is an excerpt of the Charles "Sequence" listing showing the downshifting from a higher to lower playback quality and subsequently upshifting from the lower playback quality to higher playback quality alongside the status of the requests. As shown by the Charles Proxy application file, partially reproduced below, the streamlet video files are hosted on a server accessible via **dcn-fs-vod-dazn-cdn.dazn.com**.

43

| [15]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_25.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_26.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_27.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_28.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_29.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_30.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/288000/seg_hls_31.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/288000/seg_hls_32.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/288000/seg_hls_33.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h | … | Complete |

---

[15] Any highlighting presented throughout this chart is intended to exemplify certain elements of DAZN's operation and is not intended to limit DISH's position with respect to how DAZN practices any element of the claims.
- ORANGE = one or more servers
- BLUE = media segment

44

| | | | | |
|---|---|---|---|---|
| | | 264/4400000/seg_hls_34. m4v | | |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sd m5c381s0l4xxd8iqbg/1/h 264/4400000/seg_hls_35. m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sd m5c381s0l4xxd8iqbg/1/h 264/4400000/seg_hls_36. m4v | … | Complete |

Thus, the limitations for this claim element are met. When the client device determines that the generated factor is lower than a second threshold, the client device executing the instructions from DAZN will request the individually-requestable streamlets from a lower bit rate version of the video.

To the extent that DAZN contends that the Accused Websites do not literally satisfy this limitation, DAZN infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> 12[k]   *arranging the individually-requestable portions requested from the at least one server in order of ascending presentation time for output to a presentation device.*

As shown above in elements 12[pre]-[j], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[j].

As shown below, each of the **5678503 Bandwidth** and **280482 Bandwidth** version playlists contain segments, or streamlets, that encode segments of the DAZN's test video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| [16]Bandwidth | Streamlet |
|---|---|
| **5678503 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:7<br>#EXT-X-TARGETDURATION:2<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXT-X-KEY:METHOD=SAMPLE-AES,URI="skd://?contentId=1h0jz0sdm5c381s0l4xxd8iqbg&keyId=ee8fa73a-ff1b-5f08-8972- |

---

[16] Any highlighting presented throughout this chart is intended to exemplify certain elements of DAZN's operation and is not intended to limit DISH's position with respect to how DAZN practices any element of the claims.
- BLUE = media segment
- GREEN = timestamp

e46006de74d7",IV=0x0732F34EF0BBAD19533F4A26E8C125F8,KEYFORMAT="com.apple.streamingkeydelivery"
#EXT-X-MAP:URI="https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/init_hls.m4v"
#EXTINF:1.92,
https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_0.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_1.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_2.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_3.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_4.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_5.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_6.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_7.m4v

[***]

| | |
|---|---|
| **280482 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:7<br>#EXT-X-TARGETDURATION:2<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXT-X-KEY:METHOD=SAMPLE-AES,URI="skd://?contentId=1h0jz0sdm5c381s0l4xxd8iqbg&keyId=ee8f |

46

a73a-ff1b-5f08-8972-
e46006de74d7",IV=0x0732F34EF0BBAD19533F4A26E8C125F8,KEYF
ORMAT="com.apple.streamingkeydelivery"
#EXT-X-MAP:URI="https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/1120
00/init_hls.m4v"
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/1120
00/seg_hls_0.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/1120
00/seg_hls_1.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/1120
00/seg_hls_2.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/1120
00/seg_hls_3.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/1120
00/seg_hls_4.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/1120
00/seg_hls_5.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/1120
00/seg_hls_6.m4v
#EXTINF:1.92,
https://dcn-fs-vod-dazn-
cdn.dazn.com/DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/1120
00/seg_hls_7.m4v

[***]

When the client device accessing the DAZN Site requests streaming of a video hosted on the server at **dcn-fs-vod-dazn-cdn.dazn.com**, the video is played back in order of ascending playback time, as indicated by the sequential playing of Media Segments, shown below.

47

| [17]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_25.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_26.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_27.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_28.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_29.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/112000/seg_hls_30.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/288000/seg_hls_31.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/288000/seg_hls_32.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/288000/seg_hls_33.m4v | … | Complete |
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sdm5c381s0l4xxd8iqbg/1/h264/4400000/seg_hls_34.m4v | … | Complete |

---

[17]  Any highlighting presented throughout this chart is intended to exemplify certain elements of DAZN's operation and is not intended to limit DISH's position with respect to how DAZN practices any element of the claims.

- PURPLE = identifier for media segment

| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sd m5c381s0l4xxd8iqbg/1/h 264/4400000/seg_hls_35. m4v | … | Complete |
|-----|------------------------------|----------------------------------------------------------------------------------|---|----------|
| GET | dcn-fs-vod-dazn-cdn.dazn.com | /DM/matchfull/1h0jz0sd m5c381s0l4xxd8iqbg/1/h 264/4400000/seg_hls_36. m4v | … | Complete |

For example, below is a screenshot of the client device accessing the DAZN Site during playback of the instant test video:



49

Thus, the limitations for this claim element are met. DAZN uses a client device to output rate-adaptive streams received via at least one transmission control protocol (TCP) connection with at least one server over a network including arranging the individually-requestable portions requested from the at least one server in order of ascending presentation time for output to a presentation device.

To the extent that DAZN contends that the Accused Websites do not literally satisfy this limitation, DAZN infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.