"

"

"

# GZJ KDKV'L

**EXEMPLARY INFRINGEMENT CHART FOR U.S. Patent No. 10,469,554[1]**

The following claim chart shows exemplary aspects of certain streaming services and products owned or operated by DAZN US LLC ("DAZN"), using the DAZN website, available at www.dazn.com (last visited 5/11/2026) ("DAZN Site"), that infringe at least claim 7 of U.S. Patent No. 10,469,554 ("'554 Patent"). Upon information and belief, DAZN operates streaming services that infringe one or more claims of the '554 Patent (the "Accused Websites"), including at least the DAZN Site.

The chart is exemplary and should not be read to limit DISH's assertions against DAZN as to the services or products described below. The chart should not be read to limit DISH's assertions to the patent claims charted below. Nor should the chart below be read to limit how DAZN infringes the claims below.

The following evidence and descriptions, including tests conducted on the DAZN Site, shows that the Accused Websites meet each element of the aforementioned claim(s) of the '554 Patent in substantially the same manner described below.

To the extent that users are required to meet elements of these claims, DAZN induces its users to meet the claim limitation because DAZN provides users with instructions and guidance on how users can use Accused Websites to perform each element of the claims. DAZN directs and controls the end user station's performance of the claimed steps through mandatory HLS instructions embedded in the DAZN Site's web page, which the end user station must execute to receive streaming content. *See, e.g.*, https://www.dazn.com/en-US/help/articles/16194723115933-how-to-watch-DAZN-on-iphone-ipad (last visited 5/11/2026); https://www.dazn.com/en-US/help/articles/16194744742813-how-to-watch-DAZN-on-android-phones-and-tablets (last visited 5/11/2026); https://www.dazn.com/en-US/help/articles/16271409386269-which-browsers-does-DAZN-support (last visited 5/11/2026); https://www.dazn.com/en-US/help/articles/16177408401821-DAZN-supported-devices-watch-DAZN-on-tv-mobile-computer-or-consoles (last visited 5/11/2026); https://www.dazn.com/en-US/help/articles/16921391054621-troubleshooting-streaming-issues-on-DAZN (last visited 5/11/2026).

---

[1] All citations to or cross-references to claim elements within a respective section refer to the claim elements of the Asserted Patent addressed in that section unless otherwise indicated.

1

I.    **U.S. Patent No. 10,469,554**

A.    Claim 1

> *1[pre]  A system for adaptive-rate content streaming of live event video playable on one or more end user stations over the Internet, the system comprising:*

The Accused Websites executes software that permits an end user station to perform rate-adaptive streams from a video server for playback of a video.  The streams are obtained from servers owned or controlled by DAZN (DAZN Server(s)) over a network.

DAZN owns or operates, either individually or collectively, the Accused Websites, including at least the DAZN Site, which provides information that permits a content player device to stream a video over a network from a server for playback of the video. The content player device and a client module may be part of an end user station ("End User Station"). The streams include live streams that are obtained from one or more servers affiliated with the DAZN Site over a network. The images in this chart are from the DAZN Site through any computing device that includes a web browser, such as Microsoft Edge, Google Chrome, or iOS Safari.  In addition, the media player embedded in the web page of the DAZN Site is available to run on content player devices supporting all the latest versions of major web browsers.  *See* https://www.dazn.com/en-US/help/articles/16177408401821-DAZN-supported-devices-watch-DAZN-on-tv-mobile-computer-or-consoles (last visited 5/11/2026) ("Enjoy seamless sports streaming on any supported smart TV, phone, tablet, or game console that connects with internet.").

Tests were conducted on videos offered over the DAZN Site executed on an Apple iPhone. As part of the testing, an Apple iPhone accessing the DAZN Site was connected to the internet through the Charles Proxy application, which enabled the ability to proxy the device's network traffic, to view the device's network traffic, and to throttle the network's available bandwidth. Thus, the test simulated how DAZN responded to lower and higher bandwidths.  For the current test, a video stream titled "DAZN 1 USA" was selected, and at various times throughout the playback of the video, bandwidth was restricted to download speeds of 1024 kbps.[2]

---

[2] The video "DAZN 1 USA" is used in this exemplary claim chart to illustrate DAZN's streaming services and products. On information and belief, the operation of this video, including its use of the HLS adaptive bitrate streaming protocol and the infringing manner in which it is encoded, segmented, and delivered to client devices, is identical to the operation of videos available on the DAZN Site during the term of the '554 Patent.



As observed through the tests, when the user selects a video (e.g., "DAZN 1 USA") from the available videos, the media player embedded in the web page of the DAZN Site displays more details regarding the video and provides the user with the option to view the video.

Selecting the icon corresponding to a video causes that video and other materials to be streamed and displayed on the user's device.

With respect to adaptively receiving the digital stream from DAZN's video server over the network, the media player embedded in the web page of the DAZN Site accesses adaptive bitrate streams from a server affiliated with the DAZN Site over a network using the HTTP Live Streaming ("HLS") adaptive bitrate streaming protocol. HLS is "a protocol for transferring unbounded streams of multimedia data." Request For Comments: 8216 – HTTP Live Streaming, August 2017 ("RFC 8216") at 1. Using HLS, "a client can receive a continuous stream of media from a server for concurrent presentation." RFC 8216 at 4. HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback

3

at the best possible quality." RFC 8216 at 4. With HLS, "[c]lients should switch between different Variant Streams to adapt to network conditions." RFC 8216 at 5.

As explained above, the End User Station executing the instructions from the DAZN Site requests (and is provided with) segments, or streamlets, from the one or more DAZN servers to display on the End User Station through the media player embedded in the web page of the DAZN Site. The streamlets are communicated to the End User Station accessing the DAZN Site via an internet connection pursuant to HLS. HLS requires the use of HTTP communications, which requires the use of at least one connection pursuant to at least one TCP connection. The video segments are presented in sequential ascending chronological order, based upon the previously requested and/or fulfilled streamlet, defined by time index relevant to the beginning of the video.

As shown below for the streaming of another test video, a plurality of TCP connections is established to transmit video files from one or more servers to the End User Station. The End User Station accessing the DAZN Site requests streamlets from the one or more servers associated with DAZN via HTTP GET requests. The server(s) associated with the host URI (**dcs-ak-livedazn.akamaized.net**) for the instant test video are identifiable at the below IP addresses:

```
C:\Users\tcarter>nslookup dcs-ak-livedazn.akamaized.net
Server:   HOUDC01.bakerbotts.net
Address:  10.20.254.81

Non-authoritative answer:
Name:     a1047.dscz.akamai.net
Addresses:  2600:1404:1200:42::b819:ff85
            2600:1404:1200:42::b819:ff99
            23.219.89.213
            23.219.89.202
Aliases:  dcs-ak-livedazn.akamaized.net
```

Windows Powershell nslookup for dcs-ak-livedazn.akamaized.net (highlights added). A reverse IP geolocation lookup at https://www.geolocation.com/?ip=23.219.89.213#ipresult shows this IP address associated with one or more servers in Dallas, Texas. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=23.219.89.202#ipresult shows this IP address associated with one or more servers in Dallas, Texas.

As explained in further detail below, the DAZN Site provides a content player device to stream a video over a network from a server for playback of the video.

Thus, the limitations for this claim element are met. DAZN uses a system for adaptive-rate content streaming of live event video playable on one or more end user stations over the Internet.

To the extent that DAZN contends that the Accused Websites do not literally satisfy this limitation, DAZN infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

| 1[a] | *at least one storage device storing live event video,* |
|---|---|

As shown above in element 1[pre], which is incorporated fully herein, the limitations of this claim are met. *See* § A.1[pre].

The DAZN Site is supported by one or more servers having at least one storage device storing live event video, the live event video encoded at a plurality of different bitrates creating a plurality of streams including a low quality stream, a medium quality stream, and a high quality stream.

An End User Station running DAZN uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the file above from the one or more servers hosting DAZN content.

The Media Playlist for each of the Variant Streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown by the Charles Proxy application file, partially reproduced below, the streamlet video files are hosted on a server accessible via **dcs-ak-livedazn.akamaized.net**.

| Method | Host | Path[3] | … | Status |
|---|---|---|---|---|
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v2_121_d4377149.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v2_121_d4377150.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v2_121_d4377151.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v0_121_d4377152.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v6_121_d4377153.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v6_121_d4377154.ts | … | Complete |

---

[3] Video path abbreviated for readability throughout.

| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v6_121_d4377155.ts | … | Complete |
|-----|-------------------------------|------------------------------------------|---|----------|
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v6_121_d4377156.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v6_121_d4377157.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v8_121_d4377158.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v8_121_d4377159.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v3_121_d4377160.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v3_121_d4377161.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v2_121_d4377162.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v2_121_d4377163.ts | … | Complete |

Thus, the limitations for this claim element are met. DAZN uses a system for adaptive-rate content streaming of live event video playable on one or more end user stations over the Internet including at least one storage device storing live event video.

To the extent that DAZN contends that the Accused Websites do not literally satisfy this limitation, DAZN infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> 1[b]    *the live event video encoded at a plurality of different bitrates creating a plurality of streams including a low quality stream, a medium quality stream, and a high quality stream,*

As shown above in elements 1[pre]-[a], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[a].

As explained above, end users' devices access the DAZN Site. Example End User Stations include personal computers, Macintosh computers, personal mobile phones or tablets, Smart TVs, and streaming devices such as Apple TV, Roku, Amazon Fire TV, and Android TV equipped to

6

access the internet via one or more network connections. The end users' devices include a processor configured to enable video streaming.

Through the established internet connection, the devices running DAZN access videos that are stored on one or more servers for display on the devices using a media player. When a video file is selected to be shown, the End User Station accessing DAZN requests and receives a playlist file from DAZN's server(s) showing the available versions of the program at different resolutions, otherwise known as a "Master Playlist," "Master Manifest," or "manifest."

According to the HLS protocol, Master Playlist files identify a "plurality of groups of streamlets," which are referred to as Variant Streams in the context of HLS. RFC 8216 at 5 ("A Master Playlist provides a set of Variant Streams, each of which describes a different version of the same content."); *see also* RFC 8216 at 6 ("A Variant Stream includes a Media Playlist that specifies media encoded at a particular bitrate, in a particular format, and at a particular resolution for media containing video."); RFC 8216 at 42 ("A server MAY offer multiple Media Playlist files to provide different encodings of the same presentation. If it does so, it SHOULD provide a Master Playlist file that lists each Variant Stream to allow clients to switch between encodings dynamically."); RFC 8216 at 43 ("The server MUST meet the following constraints when producing Variant Streams in order to allow clients to switch between them seamlessly … Each Variant Stream MUST present the same content."). As shown below, the Master Playlist for the video provides a Uniform Resource Identifier ("URI") identifying where the Media Playlist for each of the multiple Variant Streams is "stored on DAZN's video server." HLS requires the use of HTTP communications, which requires the use of at least one connection pursuant to a TCP.

For example, in the instant test of a video titled "DAZN 1 USA," the End User Station made an HTTP GET request to **dcs-ak-livedazn.akamaized.net** for a master manifest located at the following path: **/hls/dazn-linear-226/stream.m3u8?p=mob** (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the following contents, reflecting the Uniform Resource Indicators ("URIs") of the various variant playlists hosting at least a group of streamlets:

```
[4]#EXTM3U

#EXT-X-VERSION:6

#EXT-X-INDEPENDENT-SEGMENTS

#EXT-X-MEDIA:TYPE=AUDIO,GROUP-ID="mp4a.40.5-135200-48000-
2",NAME="ENG",DEFAULT=YES,AUTOSELECT=YES,LANGUAGE="en",CHANNELS="
2",URI="v7-221.m3u8"
```

---

[4] Any highlighting presented throughout this chart is intended to exemplify certain elements of DAZN's operation and is not intended to limit DISH's position with respect to how DAZN practices any element of the claims.
- YELLOW = variant streams
- RED = bitrates of variant streams

#EXT-X-MEDIA:TYPE=AUDIO,GROUP-ID="mp4a.40.5-73600-48000-2",NAME="ENG",DEFAULT=YES,AUTOSELECT=YES,LANGUAGE="en",CHANNELS="2",URI="v7-222.m3u8"

#EXT-X-STREAM-INF:BANDWIDTH=362212,AVERAGE-BANDWIDTH=287375,RESOLUTION=192x108,CODECS="avc1.42E00B,mp4a.40.5",FRAME-RATE=25.000,AUDIO="mp4a.40.5-135200-48000-2",CLOSED-CAPTIONS=NONE

v7-121.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=284570,AVERAGE-BANDWIDTH=225775,RESOLUTION=192x108,CODECS="avc1.42E00B,mp4a.40.5",FRAME-RATE=25.000,AUDIO="mp4a.40.5-73600-48000-2",CLOSED-CAPTIONS=NONE

v7-121.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=584045,AVERAGE-BANDWIDTH=463375,RESOLUTION=480x270,CODECS="avc1.4D4015,mp4a.40.5",FRAME-RATE=25.000,AUDIO="mp4a.40.5-135200-48000-2",CLOSED-CAPTIONS=NONE

v9-121.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=506403,AVERAGE-BANDWIDTH=401775,RESOLUTION=480x270,CODECS="avc1.4D4015,mp4a.40.5",FRAME-RATE=25.000,AUDIO="mp4a.40.5-73600-48000-2",CLOSED-CAPTIONS=NONE

v9-121.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=826045,AVERAGE-BANDWIDTH=655375,RESOLUTION=640x360,CODECS="avc1.4D401E,mp4a.40.5",FRAME-RATE=25.000,AUDIO="mp4a.40.5-135200-48000-2",CLOSED-CAPTIONS=NONE

v6-121.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=748403,AVERAGE-BANDWIDTH=593775,RESOLUTION=640x360,CODECS="avc1.4D401E,mp4a.40.5",FRAME-RATE=25.000,AUDIO="mp4a.40.5-73600-48000-2",CLOSED-CAPTIONS=NONE

v6-121.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=1279795,AVERAGE-BANDWIDTH=1015375,RESOLUTION=960x540,CODECS="avc1.4D401F,mp4a.40.5",FRAME-RATE=25.000,AUDIO="mp4a.40.5-135200-48000-2",CLOSED-CAPTIONS=NONE

v8-121.m3u8

8

#EXT-X-STREAM-INF:BANDWIDTH=1202153,AVERAGE-BANDWIDTH=953775,RESOLUTION=960x540,CODECS="avc1.4D401F,mp4a.40.5",FRAME-RATE=25.000,AUDIO="mp4a.40.5-73600-48000-2",CLOSED-CAPTIONS=NONE

v8-121.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=2111630,AVERAGE-BANDWIDTH=1675343,RESOLUTION=960x540,CODECS="avc1.4D401F,mp4a.40.5",FRAME-RATE=25.000,AUDIO="mp4a.40.5-135200-48000-2",CLOSED-CAPTIONS=NONE

v5-121.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=2033988,AVERAGE-BANDWIDTH=1613743,RESOLUTION=960x540,CODECS="avc1.4D401F,mp4a.40.5",FRAME-RATE=25.000,AUDIO="mp4a.40.5-73600-48000-2",CLOSED-CAPTIONS=NONE

v5-121.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=3119963,AVERAGE-BANDWIDTH=2475343,RESOLUTION=1280x720,CODECS="avc1.4D401F,mp4a.40.5",FRAME-RATE=25.000,AUDIO="mp4a.40.5-135200-48000-2",CLOSED-CAPTIONS=NONE

v4-121.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=3042321,AVERAGE-BANDWIDTH=2413743,RESOLUTION=1280x720,CODECS="avc1.4D401F,mp4a.40.5",FRAME-RATE=25.000,AUDIO="mp4a.40.5-73600-48000-2",CLOSED-CAPTIONS=NONE

v4-121.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=4002295,AVERAGE-BANDWIDTH=3175375,RESOLUTION=1280x720,CODECS="avc1.4D401F,mp4a.40.5",FRAME-RATE=25.000,AUDIO="mp4a.40.5-135200-48000-2",CLOSED-CAPTIONS=NONE

v3-121.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=3924653,AVERAGE-BANDWIDTH=3113775,RESOLUTION=1280x720,CODECS="avc1.4D401F,mp4a.40.5",FRAME-RATE=25.000,AUDIO="mp4a.40.5-73600-48000-2",CLOSED-CAPTIONS=NONE

v3-121.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=5794355,AVERAGE-BANDWIDTH=4597175,RESOLUTION=1280x720,CODECS="avc1.640020,mp4a.40.5",FRAME-RATE=50.000,AUDIO="mp4a.40.5-135200-48000-2",CLOSED-CAPTIONS=NONE

v2-121.m3u8

9

```
#EXT-X-STREAM-INF:BANDWIDTH=5716714,AVERAGE-
BANDWIDTH=4535575,RESOLUTION=1280x720,CODECS="avc1.640020,mp4a.40.5",FRA
ME-RATE=50.000,AUDIO="mp4a.40.5-73600-48000-2",CLOSED-CAPTIONS=NONE

v2-121.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=8441190,AVERAGE-
BANDWIDTH=6697143,RESOLUTION=1280x720,CODECS="avc1.640020,mp4a.40.5",FRA
ME-RATE=50.000,AUDIO="mp4a.40.5-135200-48000-2",CLOSED-CAPTIONS=NONE

v0-121.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=8363548,AVERAGE-
BANDWIDTH=6635543,RESOLUTION=1280x720,CODECS="avc1.640020,mp4a.40.5",FRA
ME-RATE=50.000,AUDIO="mp4a.40.5-73600-48000-2",CLOSED-CAPTIONS=NONE

v0-121.m3u8
```

File path: **master.m3u8**

The master playlist shows versions of the video stream, including at least the following nine bandwidth versions:

- 362212 (referred to herein as "**362212 Bandwidth**") having a resolution of 192x108
- 584045 (referred to herein as "**584045 Bandwidth**") having a resolution of 480x270
- 826045 (referred to herein as "**826045 Bandwidth**") having a resolution of 640x360
- 1279795 (referred to herein as "**1279795 Bandwidth**") having a resolution of 960x540
- 2111630 (referred to herein as "**2111630 Bandwidth**") having a resolution of 960x540
- 3119963 (referred to herein as "**3119963 Bandwidth**") having a resolution of 1280x720
- 4002295 (referred to herein as "**4002295 Bandwidth**") having a resolution of 1280x720
- 5794355 (referred to herein as "**5794355 Bandwidth**") having a resolution of 1280x720
- 8441190 (referred to herein as "**8441190 Bandwidth**") having a resolution of 1280x720

For each of these versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular resolution and bandwidth. Each version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token |
|---|---|
| **362212 Bandwidth** | v7-121.m3u8 |
| **584045 Bandwidth** | v9-121.m3u8 |
| **826045 Bandwidth** | v6-121.m3u8 |
| **1279795 Bandwidth** | v8-121.m3u8 |
| **2111630 Bandwidth** | v5-121.m3u8 |
| **3119963 Bandwidth** | v4-121.m3u8 |
| **4002295 Bandwidth** | v3-121.m3u8 |
| **5794355 Bandwidth** | v2-121.m3u8 |
| **8441190 Bandwidth** | v0-121.m3u8 |

Each of the variant playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. For example, the **826045 Bandwidth** version can be considered a low-quality stream, the **1279795 Bandwidth** version can be considered a medium-quality stream, and the **5794355 Bandwidth** version can be considered a high-quality stream.

On information and belief, other videos offered to DAZN viewers are similarly encoded at multiple resolutions, hosted on one or more servers, and accessed through HTTP GET Requests by end users' devices.

The video server stores "a plurality of different bit rates creating a plurality of streams including a low quality stream, a medium quality stream, and a high quality stream." The HLS protocol indicates that "[a] Media Playlist contains a list of Media Segments, which, when played sequentially, will play the multimedia presentation." RFC 8216 at 4; *see also* RFC 8216 at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation.").

Each of the Media Segments in HLS yields a different portion of the video on playback. For example, HLS provides that "[e]ach segment in a Media Playlist has a unique integer Media Sequence Number. The Media Sequence Number of the first segment in the Media Playlist is either 0 or declared in the Playlist (Section 4.3.3.2). The Media Sequence Number of every other segment is equal to the Media Sequence Number of the segment that precedes it plus one." RFC 8216 at 6. As such, "[e]ach Media Segment MUST carry the continuation of the encoded bitstream from the end of the segment with the previous Media Sequence Number, where values in a series such as timestamps and Continuity Counters MUST continue uninterrupted." RFC 8216 at 6. Thus, each of the files or streamlets in a set must yield a different portion of the video on playback.

The files across the different copies yield the same portions of the video on playback because, for example, as set forth above, each of the Variant Streams "describes a different version of the same content." RFC 8216 at 5. Thus, each of the Variant Streams are "encodings of the same presentation" at different bitrates. RFC 8216 at 42. Indeed, to allow "clients to switch between" Variant Streams seamlessly, HLS requires that "[e]ach Variant Stream MUST present the same content" on playback. RFC 8216 at 43.

Further, "[m]atching content in Variant Streams MUST have matching timestamps" to allow the DAZN Site to synchronize the media. RFC 8216 at 43. Further, "[e]ach Media Segment in a Media Playlist has an integer Discontinuity Sequence Number. The Discontinuity Sequence Number can be used in addition to the timestamps within the media to synchronize Media Segments across different Renditions." RFC 8216 at 39. Thus, "[m]atching content in Variant Streams MUST have matching Discontinuity Sequence Numbers." RFC 8216 at 43.

Further, upon information and belief, employees and/or agents of DAZN tested and used the DAZN Site on devices in the U.S. during the relevant time period.

11

Thus, the limitations for this claim element are met. DAZN uses a system for adaptive-rate content streaming of live event video playable on one or more end user stations over the Internet wherein the live event video is encoded at a plurality of different bitrates creating a plurality of streams including a low quality stream, a medium quality stream, and a high quality stream.

To the extent that DAZN contends that the Accused Websites do not literally satisfy this limitation, DAZN infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

---

*1[c]     the low quality stream, the medium quality stream, and the high quality stream each comprising a group of streamlets encoded at a respective one of the plurality of different bitrates, each group of streamlets comprising at least first and second streamlets, each of the streamlets corresponding to a portion of the live event video;*

---

As shown above in elements 1[pre]-[b], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[b].

HLS Media Segments encode the same video content at a plurality of different bitrates. RFC 8216 at 5-6.  As shown in the excerpts of the master playlist file of the instant test, the video offered on DAZN's Site is encoded at different bitrates, including at least three bandwidth versions, each of which, when selected, returns at least a first and a second streamlets of the DAZN Site's video. Furthermore, each streamlet returned corresponds to a portion of the DAZN Site's video such that when streamed in sequence displays the live event video to the end user.

Each of the variant playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. For example, the **826045 Bandwidth** version can be considered a low-quality stream, the **1279795 Bandwidth** version can be considered a medium-quality stream, and the **5794355 Bandwidth** version can be considered a high-quality stream.

A client device accessing the DAZN Site through a web browser uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the file above from the one or more servers hosting DAZN content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown in the test data, the client device accessing the DAZN Site selects the **5794355 Bandwidth** version of the stream and makes a request for the corresponding playlist pursuant to the instructions received from the DAZN Site. The DAZN Server(s) returns the playlist file with the contents below.

12

[5]#EXTM3U

#EXT-X-VERSION:5

#EXT-X-TARGETDURATION:3

#EXT-X-MEDIA-SEQUENCE:4377134

#EXT-X-KEY:METHOD=SAMPLE-AES,URI="skd://?contentId=247Channel226_catchup&keyId=216fef03-be67-59b3-abed-be3904d2e6fe",KEYFORMAT="com.apple.streamingkeydelivery",KEYFORMATVERSIONS="1",IV=0x67BD4A6798095FBA5B54859D0E4669AA

#EXT-X-PROGRAM-DATE-TIME:2026-05-13T16:16:17.527Z

#EXTINF:1.9200,

v2_121_d4377134.ts

#EXTINF:1.9200,

v2_121_d4377135.ts

#EXTINF:1.9200,

v2_121_d4377136.ts

#EXTINF:1.9200,

v2_121_d4377137.ts

#EXTINF:1.9200,

v2_121_d4377138.ts

#EXTINF:1.9200,

v2_121_d4377139.ts

#EXTINF:1.9200,

v2_121_d4377140.ts

---

[5] Any highlighting presented throughout this chart is intended to exemplify certain elements of DAZN's operation and is not intended to limit DISH's position with respect to how DAZN practices any element of the claims.
- YELLOW = variant streams
- BLUE = media segment

```
#EXTINF:1.9200,

v2_121_d4377141.ts
```

[***]

The variant playlist file is an HLS playlist. Each line in the file path "/hls/dazn-linear-226/v2-121.m3u8" that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF file is the location of the video file. Most of the streamlets, with a few exceptions, are 1.92 seconds long and return sequential segments of the video.

Similarly shown in the test data, when the client device accessing the DAZN Site selects the **826045 Bandwidth** version of the stream, it makes a request for the corresponding playlist. The DAZN Server(s) returns the playlist file for the **826045 Bandwidth** with the contents below.

```
#EXTM3U

#EXT-X-VERSION:5

#EXT-X-TARGETDURATION:3

#EXT-X-MEDIA-SEQUENCE:4377128

#EXT-X-KEY:METHOD=SAMPLE-
AES,URI="skd://?contentId=247Channel226_catchup&keyId=216fef03-be67-59b3-abed-
be3904d2e6fe",KEYFORMAT="com.apple.streamingkeydelivery",KEYFORMATVERSIONS=
"1",IV=0x67BD4A6798095FBA5B54859D0E4669AA

#EXT-X-PROGRAM-DATE-TIME:2026-05-13T16:16:06.007Z

#EXTINF:1.9200,

v6_121_d4377128.ts

#EXTINF:1.9200,

v6_121_d4377129.ts

#EXTINF:1.9200,

v6_121_d4377130.ts

#EXTINF:1.9200,

v6_121_d4377131.ts

#EXTINF:1.9200,

v6_121_d4377132.ts
```

14

#EXTINF:1.9200,

v6_121_d4377133.ts

#EXTINF:1.9200,

v6_121_d4377134.ts

#EXTINF:1.9200,

v6_121_d4377135.ts

#EXTINF:1.9200,

v6_121_d4377136.ts

#EXTINF:1.9200,

v6_121_d4377137.ts

#EXTINF:1.9200,

v6_121_d4377138.ts

#EXTINF:1.9200,

v6_121_d4377139.ts

#EXTINF:1.9200,

v6_121_d4377140.ts

#EXTINF:1.9200,

v6_121_d4377141.ts

[***]

As with the variant playlist file for the **5794355 Bandwidth** version, the variant playlist file for the **826045 Bandwidth** version is an HLS playlist. Each line in the file path "/hls/dazn-linear-226/v6-121.m3u8" that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the # EXTINF file is the location of the video file. Most of the streamlets, with few exceptions, are 1.92 seconds long and return sequential segments of the video. Discussed further below, each variant playlist for the test video include media segments representing the same portions of the video content file. Similarly, the segments of each streamlet are the same duration across variant playlists. For example, the streamlets "d4377138.ts" in the **5794355 Bandwidth** variant playlist and "d4377138.ts" in the **826045 Bandwidth** variant playlist, respectively, have durations of 1.92 seconds and are equally distant in time from the first streamlet.

15

Thus, the limitations for this claim element are met. DAZN uses a system for adaptive-rate content streaming of live event video playable on one or more end user stations over the Internet wherein the low quality stream, the medium quality stream, and the high quality stream each includes a group of streamlets encoded at a respective one of the plurality of different bitrates, each group of streamlets includes at least first and second streamlets, each of the streamlets corresponding to a portion of the live event video.

To the extent that DAZN contends that the Accused Websites do not literally satisfy this limitation, DAZN infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> 1[d]    *wherein at least one of the low quality stream, the medium quality stream, and the high quality stream is encoded at a bitrate of no less than 600 kbps; and*

As shown above in elements 1[pre]-[c], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[c].

As shown above for element 1[c], at least one of the variant streams identified by the example HLS Master Playlist are encoded at a bit rate of over 600 kbps. For example, the **5794355 Bandwidth** variant is encoded at an average bitrate of no more than roughly 5700 kbps, which is more than 600 kbps.

Thus, the limitations for this claim element are met. DAZN uses a system for adaptive-rate content streaming of live event video playable on one or more end user stations over the Internet wherein at least one of the low quality stream, the medium quality stream, and the high quality stream is encoded at a bitrate of no less than 600 kbps.

To the extent that DAZN contends that the Accused Websites do not literally satisfy this limitation, DAZN infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> 1[e]    *wherein the first streamlet of each of the groups of streamlets has the same first duration and encodes the same first portion of the live event video in each of the low quality stream, the medium quality stream, and the high quality stream, and*

As shown above in elements 1[pre]-[d], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[d].

"The duration of each [HLS] Media Segment is indicated in the Media Playlist by its EXTINF tag." RFC 8216 at 6. For the instant test below, the content player device, or client module, initially requests and receives the **5794355 Bandwidth** version of the streamlets and made a request for the corresponding HLS Media Playlist. Upon making a determination that the higher bitrate cannot be supported, the content player device switches to request and receive the **826045 Bandwidth** version of the streamlets and made a request for the corresponding HLS Media Playlist. Upon making a determination that the higher bitrate can be supported, the content player device switches to request and receive the **1279795 Bandwidth** version of the streamlets and made a request for the corresponding HLS Media Playlist.

The DAZN Server(s) returned the below corresponding Media Playlist files with the following excerpted contents:

| Bandwidth | [6]Streamlet |
|---|---|
| **5794355** **Bandwidth** | #EXTM3U<br><br>#EXT-X-VERSION:5<br><br>#EXT-X-TARGETDURATION:3<br><br>#EXT-X-MEDIA-SEQUENCE:4377134<br><br>#EXT-X-KEY:METHOD=SAMPLE-AES,URI="skd://?contentId=247Channel226_catchup&keyId=216fef03-be67-59b3-abed-be3904d2e6fe",KEYFORMAT="com.apple.streamingkeydelivery",KEYFORMATVERSIONS="1",IV=0x67BD4A6798095FBA5B54859D0E4669AA<br><br>#EXT-X-PROGRAM-DATE-TIME:2026-05-13T16:16:17.527Z<br><br>#EXTINF:1.9200,<br><br>v2_121_d4377134.ts<br><br>#EXTINF:1.9200,<br><br>v2_121_d4377135.ts<br><br>#EXTINF:1.9200,<br><br>v2_121_d4377136.ts<br><br>#EXTINF:1.9200,<br><br>v2_121_d4377137.ts<br><br>#EXTINF:1.9200,<br><br>v2_121_d4377138.ts<br><br>#EXTINF:1.9200, |

---

[6] Any highlighting presented throughout this chart is intended to exemplify certain elements of DAZN's operation and is not intended to limit DISH's position with respect to how DAZN practices any element of the claims.
- YELLOW = variant streams
- BLUE = media segment

| | |
|---|---|
| | v2_121_d4377139.ts |
| | #EXTINF:1.9200, |
| | v2_121_d4377140.ts |
| | #EXTINF:1.9200, |
| | v2_121_d4377141.ts |
| | [***] |
| **826045 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:5 |
| | #EXT-X-TARGETDURATION:3 |
| | #EXT-X-MEDIA-SEQUENCE:4377128 |
| | #EXT-X-KEY:METHOD=SAMPLE-AES,URI="skd://?contentId=247Channel226_catchup&keyId=216fef03-be67-59b3-abed-be3904d2e6fe",KEYFORMAT="com.apple.streamingkeydelivery",KEYFORMATVERSIONS="1",IV=0x67BD4A6798095FBA5B54859D0E4669AA |
| | #EXT-X-PROGRAM-DATE-TIME:2026-05-13T16:16:06.007Z |
| | #EXTINF:1.9200, |
| | v6_121_d4377128.ts |
| | #EXTINF:1.9200, |
| | v6_121_d4377129.ts |
| | #EXTINF:1.9200, |
| | v6_121_d4377130.ts |
| | #EXTINF:1.9200, |
| | v6_121_d4377131.ts |
| | #EXTINF:1.9200, |
| | v6_121_d4377132.ts |

18

| |
|---|
| #EXTINF:1.9200,<br><br>v6_121_d4377133.ts<br><br>#EXTINF:1.9200,<br><br>v6_121_d4377134.ts<br><br>#EXTINF:1.9200,<br><br>v6_121_d4377135.ts<br><br>#EXTINF:1.9200,<br><br>v6_121_d4377136.ts<br><br>#EXTINF:1.9200,<br><br>v6_121_d4377137.ts<br><br>#EXTINF:1.9200,<br><br>v6_121_d4377138.ts<br><br>#EXTINF:1.9200,<br><br>v6_121_d4377139.ts<br><br>#EXTINF:1.9200,<br><br>v6_121_d4377140.ts<br><br>#EXTINF:1.9200,<br><br>v6_121_d4377141.ts<br><br>[***] |

As shown above, the "#EXTINF" records indicate the duration of each streamlet in the requested bandwidth version. Specifically, the corresponding streamlets across different quality bandwidth versions have the same durations as each other. For example, the "d4377134.ts" streamlets have equal durations of 1.92 seconds long in both the **5794355 Bandwidth** version and the **826045 Bandwidth** version. Likewise, the "d4377141.ts" streamlets have equal durations of 1.92 seconds long in both the **5794355 Bandwidth** version and the **826045 Bandwidth** version. Accordingly, a POSITA would understand that the corresponding streamlets in the low, medium, and high quality streams have durations that are the same as each other.

19

On information and belief, playlists for the other resolution variants also include these segments, or streamlets, also arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from DAZN's server(s).

Indeed, to adapt playback between different bitrate Variant Streams, the DAZN Site uses the "durations and the constraints in Section 6.2.4 to determine the approximate location of corresponding media. Once media from the new Variant Stream has been loaded, the timestamps in the Media Segments can be used to synchronize the old and new timelines precisely." RFC 8216 at 47.

Thus, the limitations for this claim element are met. DAZN uses a system for adaptive-rate content streaming of live event video playable on one or more end user stations over the Internet wherein the first streamlet of each of the groups of streamlets has the same first duration and encodes the same first portion of the live event video in each of the low quality stream, the medium quality stream, and the high quality stream.

To the extent that DAZN contends that the Accused Websites do not literally satisfy this limitation, DAZN infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

| 1[f] | *wherein the first streamlet of the low quality stream encodes the same first portion of the live event video at a different bitrate than the first streamlet of the high quality stream and the first streamlet of the medium quality stream.* |
| --- | --- |

As shown above in elements 1[pre]-[e], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[e].

Each of the Variant Streams "describes a different version of the same content." RFC 8216 at 5. Thus, each of the Variant Streams are "encodings of the same presentation" (i.e., the same portion of the video) at different bitrates. RFC 8216 at 42. In the case of the first streamlet of the low, medium, and high quality streams, the same first portion of the video is encoded. Furthermore, the bitrate of the first streamlet in the low quality stream is necessarily different from (i.e., lower than) the bitrate of the first streamlet in the medium or high quality streams.

As shown below, each of the **5794355 Bandwidth** and **826045 Bandwidth** version playlists contain segments, or streamlets, that encode segments of the DAZN's test video. The streamlet files within each version playlist are arranged in ascending chronological order, beginning with the first segment of the video and progressing until the final segment of the video.

| **Bandwidth** | [7]**Streamlet** |
| --- | --- |

---

[7] Any highlighting presented throughout this chart is intended to exemplify certain elements of DAZN's operation and is not intended to limit DISH's position with respect to how DAZN practices any element of the claims.
- YELLOW = variant streams
- BLUE = media segment

20

| 5794355 Bandwidth | #EXTM3U |
|---|---|
| | #EXT-X-VERSION:5 |
| | #EXT-X-TARGETDURATION:3 |
| | #EXT-X-MEDIA-SEQUENCE:4377134 |
| | #EXT-X-KEY:METHOD=SAMPLE-AES,URI="skd://?contentId=247Channel226_catchup&keyId=216fef03-be67-59b3-abed-be3904d2e6fe",KEYFORMAT="com.apple.streamingkeydelivery",KEYFORMATVERSIONS="1",IV=0x67BD4A6798095FBA5B54859D0E4669AA |
| | #EXT-X-PROGRAM-DATE-TIME:2026-05-13T16:16:17.527Z |
| | #EXTINF:1.9200, |
| | v2_121_d4377134.ts |
| | #EXTINF:1.9200, |
| | v2_121_d4377135.ts |
| | #EXTINF:1.9200, |
| | v2_121_d4377136.ts |
| | #EXTINF:1.9200, |
| | v2_121_d4377137.ts |
| | #EXTINF:1.9200, |
| | v2_121_d4377138.ts |
| | #EXTINF:1.9200, |
| | v2_121_d4377139.ts |
| | #EXTINF:1.9200, |
| | v2_121_d4377140.ts |
| | #EXTINF:1.9200, |
| | v2_121_d4377141.ts |

21

| | [***] |
|---|---|
| **826045 Bandwidth** | #EXTM3U<br><br>#EXT-X-VERSION:5<br><br>#EXT-X-TARGETDURATION:3<br><br>#EXT-X-MEDIA-SEQUENCE:4377128<br><br>#EXT-X-KEY:METHOD=SAMPLE-AES,URI="skd://?contentId=247Channel226_catchup&keyId=216fef03-be67-59b3-abed-be3904d2e6fe",KEYFORMAT="com.apple.streamingkeydelivery",KEYFORMATVERSIONS="1",IV=0x67BD4A6798095FBA5B54859D0E4669AA<br><br>#EXT-X-PROGRAM-DATE-TIME:2026-05-13T16:16:06.007Z<br><br>#EXTINF:1.9200,<br><br>v6_121_d4377128.ts<br><br>#EXTINF:1.9200,<br><br>v6_121_d4377129.ts<br><br>#EXTINF:1.9200,<br><br>v6_121_d4377130.ts<br><br>#EXTINF:1.9200,<br><br>v6_121_d4377131.ts<br><br>#EXTINF:1.9200,<br><br>v6_121_d4377132.ts<br><br>#EXTINF:1.9200,<br><br>v6_121_d4377133.ts<br><br>#EXTINF:1.9200,<br><br>v6_121_d4377134.ts<br><br>#EXTINF:1.9200, |

| | v6_121_d4377135.ts |
| | #EXTINF:1.9200, |
| | v6_121_d4377136.ts |
| | #EXTINF:1.9200, |
| | v6_121_d4377137.ts |
| | #EXTINF:1.9200, |
| | v6_121_d4377138.ts |
| | #EXTINF:1.9200, |
| | v6_121_d4377139.ts |
| | #EXTINF:1.9200, |
| | v6_121_d4377140.ts |
| | #EXTINF:1.9200, |
| | v6_121_d4377141.ts |
| | [***] |

On information and belief, playlists for the other resolution variants also include these segments, or streamlets, also arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from DAZN's server(s).

Thus, the limitations for this claim element are met. DAZN uses a system for adaptive-rate content streaming of live event video playable on one or more end user stations over the Internet wherein the first streamlet of the low quality stream encodes the same first portion of the live event video at a different bitrate than the first streamlet of the high quality stream and the first streamlet of the medium quality stream.

To the extent that DAZN contends that the Accused Websites do not literally satisfy this limitation, DAZN infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

B.    Claim 7

| 7[a]    *The system of claim 1, further comprising:* |
|---|
| *a first web server configured to:* |

23

As shown above in elements 1[pre]-[f], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[f].

The DAZN Site includes a media player configured to stream the video from one or more servers via at least one TCP connection over the network. Furthermore, Transmission Control Protocol ("TCP") is generally a communications standard used to provide reliable transfer of data files by prioritizing the ordered delivery of files (and/or sub-parts of files) from a server to a requesting client device. A single discrete TCP "connection" can be established between an end user client device and a first server. A separate TCP connection can be established, for example, by TCP communication between the same client device and a different server. Separate TCP connections are also possible between the same client device and the same server by using different ports to communicate.

During streaming of a video, a plurality of TCP connections are established to transmit video files from one or more servers to the End User Station. The End User Station accessing the DAZN Site evaluates the established TCP connections to determine if transmission of the files have been duplicated, delayed, lost, or are out of sequence. If so, the End User Station accessing the DAZN Site makes requests to the server to retransmit the files that may be out of order, lower resolutions than acceptable, or lost. Once the End User Station accessing the DAZN Site determines that it has received the files over the TCP connections such that they may be played in the appropriate order, the files are accordingly played back on the End User Station in, for example, ascending chronological order.

For example, in the instant test of a video titled "DAZN 1 USA," the End User Station made an HTTP GET request to **dcs-ak-livedazn.akamaized.net** for a master manifest, as well as multiple other such requests to retrieve streamlets from multiple servers associated with the DAZN Site. The below image, taken from the End User Station streaming the test video, shows the IP addresses of multiple servers affiliated with the host URI, "**dcs-ak-livedazn.akamaized.net**," and from which streamlets are provided:

```
C:\Users\tcarter>nslookup dcs-ak-livedazn.akamaized.net
Server:   HOUDC01.bakerbotts.net
Address:  10.20.254.81

Non-authoritative answer:
Name:     a1047.dscz.akamai.net
Addresses:  2600:1404:1200:42::b819:ff85
            2600:1404:1200:42::b819:ff99
            23.219.89.213
            23.219.89.202
Aliases:  dcs-ak-livedazn.akamaized.net
```

Windows Powershell nslookup for dcs-ak-livedazn.akamaized.net (highlights added).

Each IP address listed above is affiliated with the server(s) associated with the host URI for the manifest and streamlets. Thus, the IP addresses are affiliated with the server(s) for DAZN.

24

On information and belief, in the instant test, the End User Station accessing the DAZN Site received requested streamlets from the server(s) associated with the DAZN Site via multiple IP addresses shown above.

And, as shown below, each of the above-referenced streamlets were requested from the URI at **dcs-ak-livedazn.akamaized.net**. Although the streamlets were transmitted to the End User Station from various IP addresses, the streamlets were re-assembled and played back in order of ascending playback time, as indicated by the sequential playing of Media Segments, shown below.

| Method | Host | Path[8] | … | Status |
|---|---|---|---|---|
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v2_121_d4377149.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v2_121_d4377150.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v2_121_d4377151.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v0_121_d4377152.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v6_121_d4377153.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v6_121_d4377154.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v6_121_d4377155.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v6_121_d4377156.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v6_121_d4377157.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v8_121_d4377158.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v8_121_d4377159.ts | … | Complete |

---

[8] Video path abbreviated for readability throughout.

25

| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v3_121_d4377160.ts | … | Complete |
|-----|-------------------------------|------------------------------------------|----|----------|
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v3_121_d4377161.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v2_121_d4377162.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v2_121_d4377163.ts | … | Complete |

Thus, the limitations for this claim element are met. DAZN uses a system for adaptive-rate content streaming of live event video playable on one or more end user stations over the Internet that includes a first web server.

To the extent that DAZN contends that the Accused Websites do not literally satisfy this limitation, DAZN infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> 7[b]    *receive at least one streamlet request over one or more internet connections from the one or more end user stations to retrieve the first streamlet storing the first portion of the live event video, wherein the at least one streamlet request from the one or more end user stations includes a request for a currently selected first streamlet from one of the low quality stream, the medium quality stream, and the high quality stream based upon a determination by the end user station to select a higher or lower bitrate version of the live event video;*
>
> *retrieve from the storage device the requested first streamlet from the currently selected one of the low quality stream, the medium quality stream, and the high quality stream; and*

As shown above in elements 1[pre]-[f] and 7[a], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[f], B.7[a].

As explained above, a client device accessing the DAZN Site provides users with adaptive-rate digital content streaming of videos. Pursuant to instructions embedded in the DAZN Site's web page, the client device automatically and continually requests individually requestable sequential streamlets from the at least one server associated with DAZN. Each streamlet is requested dependent upon numerous factors indicative of the sustainability of streaming, such as: the available network connection, the fulfillment status of previously requested streamlets, the length of any buffer, or the determination at the client device pursuant to DAZN's instructions that the previously selected bandwidth version of the video is no longer the optimal version for streaming.

On information and belief, the DAZN Site accessed using a web browser on an Apple iPhone uses Apple's AVPlayer to perform adaptive bitrate streaming using the HLS standard. HLS

26

explains "[c]lients should switch between different Variant Streams to adapt to network conditions" and "[c]lients should choose Renditions based on user preferences." RFC 8216. Accordingly, the DAZN Site directs the End User Station to use AVPlayer to generate factors indicative of the network connection(s) between the client device and the server(s) associated with the DAZN Site, and make successive determinations as to which bandwidth versions of the video program to request. As part of this assessment, the DAZN Site's embedded instructions cause AVPlayer to generate factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics. These factors are compared to defined thresholds, whereupon the client device accessing the DAZN Site successively determines pursuant to DAZN's instructions whether to switch to request higher or lower bandwidth versions of the stream. The DAZN Site contains instructions directing the client device to request and present the highest quality streamlets of the videos that are supportable at any particular time.

In response to requesting the first streamlet via an HTTP GET request, as shown above, the client device receives the requested streamlet from the server via the one or more network connections. *See e.g.*, RFC 8216 at 4 ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."); *id.* at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments.").

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

The master playlist shows versions of the video stream, including at least the following nine bandwidth versions:

- 362212 (referred to herein as "**362212 Bandwidth**") having a resolution of 192x108
- 584045 (referred to herein as "**584045 Bandwidth**") having a resolution of 480x270
- 826045 (referred to herein as "**826045 Bandwidth**") having a resolution of 640x360
- 1279795 (referred to herein as "**1279795 Bandwidth**") having a resolution of 960x540
- 2111630 (referred to herein as "**2111630 Bandwidth**") having a resolution of 960x540
- 3119963 (referred to herein as "**3119963 Bandwidth**") having a resolution of 1280x720
- 4002295 (referred to herein as "**4002295 Bandwidth**") having a resolution of 1280x720
- 5794355 (referred to herein as "**5794355 Bandwidth**") having a resolution of 1280x720
- 8441190 (referred to herein as "**8441190 Bandwidth**") having a resolution of 1280x720

For each of these versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular resolution and bandwidth. Each version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token |
| --- | --- |
| **362212 Bandwidth** | v7-121.m3u8 |
| **584045 Bandwidth** | v9-121.m3u8 |

27

| 826045 Bandwidth | v6-121.m3u8 |
|---|---|
| 1279795 Bandwidth | v8-121.m3u8 |
| 2111630 Bandwidth | v5-121.m3u8 |
| 3119963 Bandwidth | v4-121.m3u8 |
| 4002295 Bandwidth | v3-121.m3u8 |
| 5794355 Bandwidth | v2-121.m3u8 |
| 8441190 Bandwidth | v0-121.m3u8 |

As shown in the excerpt of the instant test below, the client device initially requests and receives the **5794355 Bandwidth** version of the streamlets (indicated by the **v2_121_d4377[###].ts**). At this time, the bandwidth is unrestricted. Upon making a successive determination that an even higher bitrate can be supported, the client device switches to request and receive the **8441190 Bandwidth** version of the streamlets (indicated by the **v0_121_d4377[###].ts**). Once the bandwidth is restricted, the client device accessing the DAZN Site determines—pursuant to instructions received from the DAZN Site —that it cannot support a higher bandwidth version of the video. The client device then determines that the higher bitrate cannot be supported and subsequently switches to request and receive the **826045 Bandwidth** version of the streamlets (indicated by the **v6_121_d4377[###].ts**). Once the bandwidth is restricted, the client device accessing the DAZN Site determines—pursuant to instructions received from the DAZN Site — determines that a higher bitrate can be supported and subsequently switches to request and receive the **1279795 Bandwidth** version of the streamlets (indicated by the **v8_121_d4377[###].ts**). Upon making a successive determination that an even higher bitrate can be supported, the client device switches to request and receive the **4002295 Bandwidth** version of the streamlets (indicated by the **v3_121_d4377[###].ts**). Upon making a successive determination that an even higher bitrate can be supported, the client device switches to request and receive the **5794355 Bandwidth** version of the streamlets (indicated by the **v2_121_d4377[###].ts**). Below is an excerpt of the Charles "Sequence" listing showing the downshifting from a higher to lower playback quality and subsequently upshifting from the lower playback quality to higher playback quality alongside the status of the requests. As shown by the Charles Proxy application file, partially reproduced below, the streamlet video files are hosted on a server accessible via dcs-ak-livedazn.akamaized.net.

| Method | Host | Path[9] | … | Status |
|---|---|---|---|---|
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v2_121_d4377149.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v2_121_d4377150.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v2_121_d4377151.ts | … | Complete |

---

[9] Video path abbreviated for readability throughout.

28

| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v0_121_d4377152.ts | … | Complete |
|---|---|---|---|---|
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v6_121_d4377153.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v6_121_d4377154.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v6_121_d4377155.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v6_121_d4377156.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v6_121_d4377157.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v8_121_d4377158.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v8_121_d4377159.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v3_121_d4377160.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v3_121_d4377161.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v2_121_d4377162.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v2_121_d4377163.ts | … | Complete |

DAZN's "[p]laylist files contain URIs, which clients will use to make network requests of arbitrary entities." RFC 8216 at 55. When playback starts on the media player executed by the instructions provided by the DAZN Site.

A POSITA would understand that receiving a request and providing the selected streamlet would necessarily require retrieval from the one or more servers.

29

DAZN's "[p]laylist files contain URIs, which clients will use to make network requests of arbitrary entities." RFC 8216 at 55. When playback starts on the media player executed by the instructions provided by the web page of the DAZN Site, "[t]he client," which is the client device accessing the DAZN Site, "SHALL choose which Media Segment to play first from the Media Playlist." RFC 8216 at 45; *id.* at 47 ("The first segment to load is generally the segment that the client has chosen to play first (see Section 6.3.3)."). Then, "[i]n order to play the presentation normally, the next Media Segment" the client device requests and "load[s] the one with the lowest Media Sequence Number that is greater than the Media Sequence Number of the last Media Segment loaded." RFC 8216 at 47. That is, to playback normally, the client device must request a plurality of files with sequential Media Sequence Numbers/timestamps and the requests are made based on the Media Sequence Numbers/timestamps.

Thus, the limitations for this claim element are met. DAZN uses a system for adaptive-rate content streaming of live event video playable on one or more end user stations over the Internet that includes a first web server configured to (1) receive at least one streamlet request over one or more internet connections from the one or more end user stations to retrieve the first streamlet storing the first portion of the live event video, wherein the at least one streamlet request from the one or more end user stations includes a request for a currently selected first streamlet from one of the low quality stream, the medium quality stream, and the high quality stream based upon a determination by the end user station to select a higher or lower bitrate version of the live event video and (2) retrieve from the storage device the requested first streamlet from the currently selected one of the low quality stream, the medium quality stream, and the high quality stream.

To the extent that DAZN contends that the Accused Websites do not literally satisfy this limitation, DAZN infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

> 7[c]    *send the retrieved first streamlet from the currently selected one of the low quality stream, the medium quality stream, and the high quality stream to the requesting one of the end user stations over the one or more network connections.*

As shown above in elements 1[pre]-[f] and 7[a]-[b], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[f], B.7[a]-[b].

As explained above, a client device accessing the DAZN Site provides users with adaptive-rate digital content streaming of videos. Pursuant to instructions embedded in the DAZN Site's web page, the client device automatically and continually requests individually requestable sequential streamlets from the at least one server associated with DAZN. Each streamlet is requested dependent upon numerous factors indicative of the sustainability of streaming, such as: the available network connection, the fulfillment status of previously requested streamlets, the length of any buffer, or the determination at the client device pursuant to DAZN's instructions that the previously selected bandwidth version of the video is no longer the optimal version for streaming.

On information and belief, the DAZN Site accessed using a web browser on an Apple iPhone uses Apple's AVPlayer to perform adaptive bitrate streaming using the HLS standard. HLS explains "[c]lients should switch between different Variant Streams to adapt to network

30

conditions" and "[c]lients should choose Renditions based on user preferences." RFC 8216. Accordingly, the DAZN Site directs the End User Station to use AVPlayer to generate factors indicative of the network connection(s) between the client device and the server(s) associated with the DAZN Site, and make successive determinations as to which bandwidth versions of the video program to request. As part of this assessment, the DAZN Site's embedded instructions cause AVPlayer to generate factors indicative of, for example, connection strength, buffer health, playback rate, calculated bandwidth abilities, calculated moving averages, or other statistics. These factors are compared to defined thresholds, whereupon the client device accessing the DAZN Site successively determines pursuant to DAZN's instructions whether to switch to request higher or lower bandwidth versions of the stream. The DAZN Site contains instructions directing the client device to request and present the highest quality streamlets of the videos that are supportable at any particular time.

In response to requesting the first streamlet via an HTTP GET request, as shown above, the client device receives the requested streamlet from the server via the one or more network connections. *See e.g.*, RFC 8216 at 4 ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."); *id.* at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments.").

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

The master playlist shows versions of the video stream, including at least the following nine bandwidth versions:

- 362212 (referred to herein as "**362212 Bandwidth**") having a resolution of 192x108
- 584045 (referred to herein as "**584045 Bandwidth**") having a resolution of 480x270
- 826045 (referred to herein as "**826045 Bandwidth**") having a resolution of 640x360
- 1279795 (referred to herein as "**1279795 Bandwidth**") having a resolution of 960x540
- 2111630 (referred to herein as "**2111630 Bandwidth**") having a resolution of 960x540
- 3119963 (referred to herein as "**3119963 Bandwidth**") having a resolution of 1280x720
- 4002295 (referred to herein as "**4002295 Bandwidth**") having a resolution of 1280x720
- 5794355 (referred to herein as "**5794355 Bandwidth**") having a resolution of 1280x720
- 8441190 (referred to herein as "**8441190 Bandwidth**") having a resolution of 1280x720

For each of these versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular resolution and bandwidth. Each version playlist is defined by the token associated with the stream file path. For example:

| Bandwidth | Token |
|---|---|
| **362212 Bandwidth** | v7-121.m3u8 |
| **584045 Bandwidth** | v9-121.m3u8 |
| **826045 Bandwidth** | v6-121.m3u8 |

31

| 1279795 Bandwidth | v8-121.m3u8 |
|---|---|
| 2111630 Bandwidth | v5-121.m3u8 |
| 3119963 Bandwidth | v4-121.m3u8 |
| 4002295 Bandwidth | v3-121.m3u8 |
| 5794355 Bandwidth | v2-121.m3u8 |
| 8441190 Bandwidth | v0-121.m3u8 |

As shown in the excerpt of the instant test below, the client device initially requests and receives the **5794355 Bandwidth** version of the streamlets (indicated by the **v2_121_d4377[###].ts**). At this time, the bandwidth is unrestricted. Upon making a successive determination that an even higher bitrate can be supported, the client device switches to request and receive the **8441190 Bandwidth** version of the streamlets (indicated by the **v0_121_d4377[###].ts**). Once the bandwidth is restricted, the client device accessing the DAZN Site determines—pursuant to instructions received from the DAZN Site —that it cannot support a higher bandwidth version of the video. The client device then determines that the higher bitrate cannot be supported and subsequently switches to request and receive the **826045 Bandwidth** version of the streamlets (indicated by the **v6_121_d4377[###].ts**). Once the bandwidth is restricted, the client device accessing the DAZN Site determines—pursuant to instructions received from the DAZN Site — determines that a higher bitrate can be supported and subsequently switches to request and receive the **1279795 Bandwidth** version of the streamlets (indicated by the **v8_121_d4377[###].ts**). Upon making a successive determination that an even higher bitrate can be supported, the client device switches to request and receive the **4002295 Bandwidth** version of the streamlets (indicated by the **v3_121_d4377[###].ts**). Upon making a successive determination that an even higher bitrate can be supported, the client device switches to request and receive the **5794355 Bandwidth** version of the streamlets (indicated by the **v2_121_d4377[###].ts**). Below is an excerpt of the Charles "Sequence" listing showing the downshifting from a higher to lower playback quality and subsequently upshifting from the lower playback quality to higher playback quality alongside the status of the requests. As shown by the Charles Proxy application file, partially reproduced below, the streamlet video files are hosted on a server accessible via dcs-ak-livedazn.akamaized.net.

| Method | Host | Path[10] | … | Status |
|---|---|---|---|---|
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v2_121_d4377149.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v2_121_d4377150.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v2_121_d4377151.ts | … | Complete |

---

[10] Video path abbreviated for readability throughout.

32

| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v0_121_d4377152.ts | … | Complete |
|---|---|---|---|---|
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v6_121_d4377153.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v6_121_d4377154.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v6_121_d4377155.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v6_121_d4377156.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v6_121_d4377157.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v8_121_d4377158.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v8_121_d4377159.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v3_121_d4377160.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v3_121_d4377161.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v2_121_d4377162.ts | … | Complete |
| GET | dcs-ak-livedazn.akamaized.net | /hls/dazn-linear-226/v2_121_d4377163.ts | … | Complete |

DAZN's "[p]laylist files contain URIs, which clients will use to make network requests of arbitrary entities." RFC 8216 at 55. When playback starts on the media player executed by the instructions provided by the web page of the DAZN Site, "[t]he client," which is the client device accessing the DAZN Site, "SHALL choose which Media Segment to play first from the Media Playlist." RFC 8216 at 45; *id.* at 47 ("The first segment to load is generally the segment that the client has chosen to play first (see Section 6.3.3)."). Then, "[i]n order to play the presentation normally, the next Media Segment" the client device requests and "load[s] the one with the lowest Media Sequence Number that is greater than the Media Sequence Number of the last Media

Segment loaded." RFC 8216 at 47. That is, to playback normally, the client device must request a plurality of files with sequential Media Sequence Numbers/timestamps and the requests are made based on the Media Sequence Numbers/timestamps.

A POSITA would have understood that, upon having the HTTP GET request successfully completed, the retrieved streamlet will have been sent to the end user station over the one or more TCP connections with the server(s) associated with the DAZN Site.

Thus, the limitations for this claim element are met. DAZN uses a system for adaptive-rate content streaming of live event video playable on one or more end user stations over the Internet that includes a first web server configured to send the retrieved first streamlet from the currently selected one of the low quality stream, the medium quality stream, and the high quality stream to the requesting one of the end user stations over the one or more network connections.

To the extent that DAZN contends that the Accused Websites do not literally satisfy this limitation, DAZN infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.